06/27/2007 10:56 FAX  1 718 3513514    D.D.D.I ATTORNEYS AT LAW    McKENNA    ☒002/002

06-27-2007  11:10am  From-WINSTON&STRAWN    +2122944700    T-922  P.003/003  F-995

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DANIEL JUNK,

                Plaintiff,

    -against-

AON CORP., AON SERVICE CORPORATION
and AON CONSULTING, INC.,

                Defendants.

-------------------------------------------------------x

07-CIV-4640 (LMM)

STIPULATION EXTENDING
DEFENDANTS' TIME TO
RESPOND TO COMPLAINT

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the Plaintiff, Daniel Junk, and Defendants, Aon Corp., Aon Service Corporation and Aon Consulting, Inc. ("Defendants"), that the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-referenced action is hereby extended from July 1, 2007, to and including August 6, 2007.

Dated: New York, New York
       June 27, 2007

DECKER DECKER DITO & INTERNICOLA, LLP

By: _____
Charles N. Internicola (CN4059)
Attorneys for Plaintiff   FRANK J. DITO, JR
1610 Richmond Road    (FD 6268)
Staten Island, New York 10304
Tel: (718) 979-4300
Fax: (718) 351-3514

WINSTON & STRAWN LLP

By: _____
Lori J. Van Auken (LV2858)
Attorneys for Defendants
200 Park Avenue
New York, New York 10166
Tel: (212) 294-4707
Fax: (212) 294-4700

SO ORDERED:

_____ 6/28/07
U.S.D.J.