UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DANIEL JUNK, | Electronically Filed |
| Plaintiff, | |
| - against - | No. 07 Civ 4640 (LMM) (GWG) |
| | **NOTICE OF MOTION** |
| AON CORP., AON SERVICE CORPORATION, and AON CONSULTING, INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation of Lori J. Van Auken, dated August 6, 2007, and the exhibits attached thereto, the accompanying Affidavit of Leonora Galletti, dated August 3, 2007, and the exhibits attached thereto, and the accompanying memorandum of law, and all prior pleadings and proceedings heretofore had herein, Defendants Aon Corp., Aon Service Corporation, and Aon Consulting, Inc. ("Aon") will move this Court, in Courtroom 15D of the United States District Courthouse, 500 Pearl Street, New York, New York, on the 7th day of September, 2007 at 9:30 in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 12(b)(6) and Rule (9)(b) of the Federal Rules of Civil Procedure, dismissing the Complaint with prejudice, and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure and Rule 6.1(b) of the Local Civil Rules for the United States District Court

for the Southern District of New York, opposing papers, if any, must be served within ten (10) business days following service of this motion.

Dated: New York, New York
       August 6, 2007

                              WINSTON & STRAWN LLP

                              By:  s/ Lori J. Van Auken
                                   Lori J. Van Auken (LV 2858)
                                   Alexis Lury (AL 8672)

                              200 Park Avenue
                              New York, New York 10166
                              T:  (212) 294-6700
                              F:  (212) 294-4700

                              *Attorneys for Defendants*

Of Counsel:

Timothy J. Rooney
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
T:  (312) 558-5600
F:  (312) 558-5700

M. Carter DeLorme
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D. C.  20006
T:  (202) 282-5000
F:  (202) 282-5100


TO:    DECKER DECKER DITO & INTERNICOLA, LLP
         Charles N. Internicola (CNI4059)
         1610 Richmond Rd.
         Staten Island, NY 10304
         T:  (718) 979-4300 (Ext. 29)
         F:  (718) 351-3514