UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
DANIEL JUNK,                          :    Electronically Filed
                                      :
        Plaintiff,                  :    No. 07 Civ 4640 (LMM) (GWG)
                                      :
        - against -                :    **AFFIRMATION OF**
                                      :    **LORI J. VAN AUKEN**
AON CORP., AON SERVICE CORPORATION    :    **IN SUPPORT**
and AON CONSULTING, INC.,             :    **OF DEFENDANTS'**
                                      :    <u>**MOTION TO DISMISS**</u>
        Defendants.                 :
------------------------------------- x

        **LORI J. VAN AUKEN** an attorney duly admitted to the Courts of the State of New York, and the United States District Court for the Southern District of New York, hereby declares pursuant to 28 U.S.C. § 1746:

        1.    I am an attorney and a member of the law firm of Winston & Strawn LLP, attorneys for Defendants, Aon Corp., Aon Service Corporation, and Aon Consulting, Inc. ("Aon"). I respectfully submit this affirmation in support of Aon's motion pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 9(b), to dismiss the complaint with prejudice.

        2.    Annexed hereto as Exhibit A is a true and correct copy of Plaintiff's Complaint, dated June 1, 2007.

Dated:  New York, New York
           August 6, 2007

                                                                s/    Lori J. Van Auken
                                                                LORI J. VAN AUKEN