UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
                                                :
DANIEL JUNK,                                    :
                                                :   No. 07 Civ 4640 (LMM)(GWG)
            Plaintiff,                          :
                                                :   **AFFIDAVIT OF**
      - against -                               :   **LEONORA GALLETTI IN**
                                                :   **SUPPORT OF DEFENDANTS'**
AON CORP., AON SERVICE CORPORATION              :   **MOTION TO DISMISS**
and AON CONSULTING, INC.,                       :
                                                :
            Defendants.                         :
                                                :
------------------------------------------------x


STATE OF CONNECTICUT    )
                        )  ss.:
COUNTY OF FAIRFIELD     )

      **LEONORA GALLETTI**, being duly sworn, deposes and says:

      1. I am a Director of Human Resources in the Human Resources department of Defendant Aon Service Corporation. Defendant Aon Service Corporation and Defendant Aon Consulting, Inc., are subsidiaries of Defendant Aon Corp. I am familiar with the documents described below based upon my review of Aon's files pertaining to the Plaintiff Daniel Junk.

      2. Annexed hereto as Exhibit A is a true and correct copy of Plaintiff's offer of employment letter, dated November 7, 2006, which was counter-signed by Plaintiff on November 9, 2006.

      3. Annexed hereto as Exhibit B is a true and correct copy of the Non-Solicitation Agreement between Plaintiff and Aon Consulting, Inc., dated as of November 20, 2006.

4. Annexed hereto as Exhibit C is a true and correct copy of the Employment Application submitted by Plaintiff in connection with his employment with Aon Consulting, Inc.

5. Annexed hereto as Exhibit D is a true and correct copy of the Aon Employee Handbook in effect during Plaintiff's term of employment with Aon Consulting, Inc.

6. Annexed hereto as Exhibit E is a true and correct copy of the Aon Code of Business Conduct in effect during Plaintiff's term of employment with Aon Consulting, Inc.

_____
Leonora Galletti

Sworn to before me this
3RD day of August 2007

_____
Notary Public
Patricia Magyari

My Commission expires 1/31/2012

2