# EXHIBIT A



November 7, 2006

*Aon Service Corporation*

Daniel Junk
181 Old Field Way
Okatie, SC 29909

RE: Offer of Employment

Dear Dan:

We are pleased to extend you an offer of employment with Aon Consulting, a division of Aon Corporation. We believe Aon Consulting can provide an outstanding opportunity for you to continue the development of your professional career. We also believe you will make a significant contribution to our company and we look forward to your joining us.

Below and in the attached appendix, we have summarized some important information regarding your employment.

Your position at Aon Consulting will be an exempt Vice President for Business Development for the Financial Advisory and Litigation Consulting Practice, reporting to Jerry Barbanel, at an annual salary of $200,000 paid on a semi-monthly basis. You are scheduled to start on November 20, 2006. As a senior level executive, you will not participate in Aon's formal vacation plan. Rather, you will be eligible to enjoy time off benefits at the discretion of you and your manager.

You will receive a one time sign on bonus in the amount of $25,000 which will be paid after 90 days of continuous employment (originating from your date of hire). If you decide to terminate your employment with us, or if we must terminate your employment with us for cause at any time during your first year of employment, you will be required to repay this bonus to Aon. Note: The sign on bonus shall not be considered a part of total compensation in 2007.

As a Vice President for Business Development, you will be responsible for generating revenue for the above-referenced practice. As such, there will be three types of commissions that you will be eligible to receive for selling the service offerings of the Financial Advisory and Litigation Consulting Services practice, which are as follows:

(1) Commissions received for selling large-scale digital evidence cases will be as follows:
For the first million dollars of revenue generated: 4 percent
For second million dollars of revenue generated: 3 1/2 percent
For third million dollars of revenue generated, and thereafter: it will be a flat 3 percent.

(2) Commissions received for selling all other Financial Advisory and Litigation Consulting Services practice's services, except for large-scale digital evidence cases as covered by item (1) above, will be as follows:

For the first million dollars of revenue generated: 5 percent
For the second million dollars of revenue generated: 4 percent
For the third million dollars of revenue generated: 3 1/2 percent
For the fourth million dollars of revenue generated, and thereafter: it will be a flat 3 percent.

(3) Commissions received for generating revenue for an existing Aon relationship, in which you have played a major role securing the Financial Advisory and Litigation Consulting Services' engagement, will be as follows:

All of these commissions will be applied at a rate of 50 percent of the commission rates in the schedules that have been set forth in items (1) and (2) above.

Aon Service Corporation
1100 Reynolds Boulevard • Winston-Salem • North Carolina • 27105-3400
tel: 336.748.1120 • www.aon.com

Total compensation for calendar year 2007 will not exceed $575,000. As such, if your base is set at $200,000 you can make a maximum amount of commissions capped at $375,000 in calendar 2007. You will be allowed to elect either the commission scheme as set forth above, or in the alternative you will be presented a different commission scheme whereby you and other individuals will be offered an alternative commission scheme based on a team focused commission concept whereby you and others will be allowed to combine your strengths to gain commissions (you will be sent another document under separate cover if you and others opt in for this compensation arrangement). All commissions will be paid quarterly.

Aon offers a comprehensive benefit package, including:
- Contributory medical and dental plans
- Aon Savings Plan
- 401(k) Savings Account (employee and matching employer contributions),
- and Aon Retirement Account (additional annual employer contribution)
- Short and Long-Term Disability plans
- Life and AD&D plans

More detailed information regarding these benefit programs will be provided and explained to you during the New Employee Orientation webcast. During the orientation webcast, a Human Resources representative will present an overview of company information, Aon's benefit package, and the electronic resources available to you.

In addition, Aon's Employee Service Center will send you information concerning the My Aon Self-Service website, as well as your Personal User ID and Password. The My Aon Self-Service website will be the vehicle that you will use to enroll in your benefit plans and will be explained in further detail during the orientation webcast.

If you are currently employed, we ask that you not take any action that could be perceived as unethical or unlawful conduct as you leave your current employment. We ask that you observe the following:

1. Give your employer ample notice of your departure.
2. Cooperate with your employer in wrapping up your employment and transitioning your duties.
3. Do not take or copy any information from your employer that could be considered a trade secret or confidential information, including but not limited to customer lists and pricing information.
4. While you are still working for your current employer do not solicit your employer's clients, and do not encourage others to leave their employment with your employer.

When you begin your employment with Aon Consulting we ask that you adhere to your obligations not to disclose any trade secrets or confidential information belonging to your former employer. If you have a confidentiality agreement, non-solicitation agreement, non-compete agreement or intellectual property agreement with your former employer, we ask that you strictly adhere to those agreements. If you have any such agreement or any other agreement that restricts your post-termination activities, we require that you disclose those obligations to us and provide us with a copy of such agreements.

To protect Aon's considerable investment in its people and clients, you will also be required to execute the enclosed Non-solicitation Agreement (the "Agreement") as a condition of your employment with us. The Agreement provides that for a period of two years following the date your employment with Aon terminates, you agree to refrain from soliciting Aon clients or customers with whom you had worked or become familiar with during the twenty-four month period prior to the end of your employment with Aon. You also agree not to induce or attempt to induce any Aon employee to leave the employ of Aon for a two-year period following the date of your termination of employment with Aon.

Please keep in mind that nothing in this Non-solicitation Agreement prohibits you from obtaining a livelihood by working in the same business as Aon Consulting. The provisions above simply help to safeguard our people, our clients, and our shareholders.

In this welcome packet, you will find a number of forms to complete. To ensure timely processing of your first paycheck, it is important that your completed forms and the entire signed offer letter are faxed to Christy Alyea, New Hire Onboarding Coordinator, at 312-381-7687 before your first day of employment.

In compliance with federal law, you will be asked to verify your identity and authorization for employment in the United States. Typically, this is accomplished by presenting your U.S. passport or valid driver's license, along with your U.S. Social Security card (for a comprehensive list of acceptable documents, please refer to the back page of the Employment Eligibility Verification Form that is included in this packet.). On your first day, please bring the Employment Eligibility Verification Form, identification and the original signed offer letter (and addendums).

Your employment with Aon Consulting is contingent upon the successful completion of a background investigation. This background investigation check will verify your prior employment history, academic history, social security number and criminal history (if applicable). The information that you provided on the Aon Employment Application and Background Investigation Disclosure form will be used to conduct this background investigation.

Nothing in this letter is intended or should be construed as a contract or guarantee of indefinite employment. Employment with Aon Consulting is for no specified period and constitutes at-will employment. As a result, you are free to resign at any time, for any reason or for no reason. Similarly, the Company is free to conclude its employment relationship with you at any time, with or without cause. This letter supersedes any prior representation or agreements between you and Aon Consulting, whether written or oral. This employment letter may not be modified or amended except by a written agreement, signed by the President of the Company for which you work, or his or her designee.

Dan, we believe you will make a significant contribution to Aon Consulting and we look forward to you joining us on a start date to be determined. For your convenience, we have provided two copies of this letter. Please confirm your acceptance of this offer by signing below and faxing all pages of this offer letter to Christy Alyea, New Hire Onboarding Coordinator, at 312-381-7687. This offer will be rescinded if we do not receive your reply within one week of the issue date. Should you have any questions, please do not hesitate to contact me at 919.786.6259.

We hope you will find working at Aon Consulting to be a rewarding experience.

Sincerely,

*[signature]*

Lucia Apollo Shaw
HR Director - Recruiting

cc: Jerry Barbanel


I confirm my acceptance of employment with Aon Consulting subject to the terms and conditions set forth above.

_____        __11/9/06__
Daniel Junk                              Date

## Appendix A

## Guidelines Regarding Ethical Conduct

**When Leaving Your Current Employer**
If you are currently employed, we ask that you not take any action that could be perceived as unethical or unlawful conduct as you leave your current position. We ask that you observe the following:
1. Give your employer ample notice of your departure.
2. Cooperate with your employer in wrapping up your employment and transitioning your duties.
3. Do not take or copy any information from your employer that could be considered a trade secret or confidential information, including but not limited to customer lists and pricing information.
4. While you are still working for your current employer do not solicit your employer's clients, and do not encourage others to leave their employment with your employer.

We are also taking this opportunity to inform you of the kinds of property that you should not remove from your employer's offices. This list (which is detailed below) is not meant to be exhaustive but should be fairly indicative of the kinds of sensitive materials that should not be retained in your possession:

- Documents or files relating to any current or prospective client
- Proposals, prospect forecasts, sales forecasts or business plans
- Paper or electronic files relating to clients or contacts
- Client or contact lists
- Personnel information or information relating to other employees
- Rolodexes
- Memoranda unrelated to one's status as an employee
- Confidential or market sensitive material
- Telephone or e-mail directories

Please note that some of these items may contain both your personal information and the employer's property, such as calendars, address books, Rolodexes, or pocket computer information managers. Please bring these items to the attention of your current supervisor and follow his/her instructions as to the disposition of those items. Be sure to confirm the instructions in writing and to follow them to the letter.

**When Joining Aon**
When you begin your employment with Aon Corporation we ask that you adhere to your obligations not to disclose any trade secrets or confidential information belonging to your former employer. If you have a confidentiality agreement, non-solicitation agreement, non-compete agreement or intellectual property agreement with your former employer, we ask that you strictly adhere to those agreements. If you have any such agreement or any other agreement that restricts your post-termination activities, we require that you disclose those obligations to us and provide us with a copy of such agreements.