# EXHIBIT D

AON

... one of the world's leading providers ... welcomes you

# Employee Handbook



Aon welcomes you.



**WELCOME**

Welcome to the Aon Family of Companies.

This Employee Handbook is designed to help acquaint you with our organization's general policies and practices applicable to all employees. Please read it carefully. The handbook will cover many of our policies in general terms and is not intended to cover every situation. Please click on this link to be directed to specific HR Policies. The handbook should be read and interpreted in conjunction with the Code of Business Conduct.

If you have questions regarding any policy, please consult your manager or your local Human Resources Representative.