# EXHIBIT E

Case 1:07-cv-04640-LMM-GWG    Document 5-7    Filed 08/06/2007    Page 2 of 7



*The Words We Say*

*The Way We Act*

*The Trust We Gain*

*The Reputation We Build*

# Aon's Code of Business Conduct

### Dear Aon Colleague:

Aon Corporation has a well-earned reputation for integrity. A reputation earned through unwavering daily commitment to honesty and to acting with the highest ethical standards. Our reputation is our most valuable corporate asset, and each of us must work every day to protect and strengthen it. We must maintain our vigilance, expecting only the highest level of integrity from ourselves and from each other.

Our Code of Business Conduct sets the standard for all Aon employees outlining the fundamental requirements for how we conduct business. It is not a compilation of company policies and procedures, but a broad overview of how we must approach our work, our relationships, our decisions and our actions. It is the cornerstone for communicating standards for expected conduct and identifies resources that may assist you in evaluating and answering difficult ethical and legal questions.

I urge you to review the Code of Business Conduct carefully. If you have questions, consult with your manager or any of the resources listed in the last section of the document. If you are a manager, understand that you are responsible for helping to ensure that those who report to you understand and act in accordance with Aon standards as outlined in the Code.

That said, at the end of the day, each of us is accountable for our own actions. We are responsible for being honest and treating people fairly; for understanding the laws that apply to our work and asking questions when we do not; and for speaking up when we suspect unethical or illegal behavior. I am proud that Aon stands by the principles outlined in the Code of Business Conduct. I trust that you will join me in living up to these principles every day.

Best regards,

*Gregory C. Case*

Gregory C. Case
President and CEO

AON

1

2

Code of Business Conduct

# Table of Contents

**Introduction** .......................................................................................................... 4
   Accountability ................................................................................................... 4
   Additional Responsibilities of Managers ........................................................ 5
   Protection Against Retaliation .......................................................................... 5

**Your Obligations When Working with Aon Clients and Others Outside the Company** ............................................................................................................... 6
   Fair Dealing ........................................................................................................ 6
   Treatment of Clients ......................................................................................... 6
   Marketing Practices .......................................................................................... 6
   Business Partners .............................................................................................. 7
   Confidentiality of Client and Business Partner Information ........................... 7
   Conflicts of Interest ........................................................................................... 7
   Improper Payments .......................................................................................... 8
   Gifts and Entertainment ................................................................................... 8

**Your Obligations to Fellow Employees** ............................................................. 9
   Harassment ....................................................................................................... 9
   Diversity and Equal Employment Opportunity ............................................. 10
   Workplace Violence ........................................................................................ 10
   Workplace Safety ............................................................................................ 10

**Your Obligations to the Company and Its Shareholders** ............................. 11
   Care of Company Assets ................................................................................ 11
   Insider Trading ................................................................................................. 11
   Accuracy of Business Records ........................................................................ 12
   Communicating with the Government and the Public ................................ 12
   Political Activity ............................................................................................... 12
   Confidentiality of Company Information ...................................................... 13
   Corporate Authority ....................................................................................... 13

**Conclusion** ........................................................................................................... 14

**Helpful Resources** .............................................................................................. 15

**Our Values** ........................................................................................................... 16

For convenience, the term "employees" will be used in the Code to refer to employees, officers, directors and agents of all direct and indirect subsidiaries of Aon Corporation. "Aon" and "Company" refer to Aon Corporation and all of its subsidiaries, in the United States and abroad. Also, it is very important to note that this Code is not a contract of employment and does not create any contractual rights between Aon and any employee. No waivers will be granted from this Code's requirements without the prior approval of the Aon Board of Directors or a Board committee.

AON

## Aon's Code of Business Conduct
# Introduction

**This Code of Business Conduct (the "Code") sets out the standards of ethical behavior required of all employees and officers, as well as all Aon directors and agents whenever they are acting on behalf of the Company.**

The Code is designed to provide a broad and clear understanding of the minimum conduct expected of every employee, around the world where Aon does business. The Code is not intended to be a summary of all Aon policies or a list of rules that addresses every situation that you might encounter. There can be no substitute for good judgment and common sense. Although laws differ from country to country, our values and the requirements of this Code transcend national boundaries. Some business units and/or managers may find it helpful or necessary to create policies that are more strict than the requirements of this Code. That is allowable. A business unit or manager however, may never allow practices that fall short of the Code.



### The Ethics Helpline

The Ethics Helpline is available for questions and advice (about policies, laws, the right course of action) and for reports of possible violations (of this Code, Aon policies, or laws). The Helpline is operated by an independent third-party provider and callers to the Helpline may remain anonymous (caller ID is not used). The Helpline number is:

**+1.877.ETHICS6**

**(+1.877.384.4276)**

Reports/questions may also be submitted anonymously via an on-line reporting system found on the Global KE.

## Accountability
**Every employee is responsible for his/her own actions.** Aon holds each employee, regardless of position or status, accountable for complying with the Code, Aon's policies and the law. If you do not understand applicable laws or Aon's expectations for your behavior, you have the responsibility to ask a manager, or to contact one of the resources listed in the back of this Code.

Failure to live up to the responsibilities set forth in this Code can result in discipline, up to and including termination of employment. Furthermore, since many provisions of this Code and our policies are based on legal requirements, violations may also subject the individuals involved and Aon to criminal penalties, including fines, jail sentences and/or civil sanctions.