## Our Values

In Gaelic, our name connotes "oneness." To our clients, that means bringing together innovative professionals from around the globe into a single, unified organization created to provide unsurpassed service and groundbreaking business solutions. To help us in this effort, we have established a strong set of values that have become the philosophical bedrock of our Company:

- Integrity across everything we do

- Client-focus ... understanding clients' issues, listening, and developing comprehensive solutions that exceed their expectations

- Teamwork as a competitive advantage ... leveraging the expertise of our colleagues to enable us to build the best solutions in the world

- Embracing change ... capitalizing on the adaptability of our individuals and the flexibility of the organization

- Frugality and stewardship of shareholders' capital

- Disciplined and non-bureaucratic approach to identifying problems and eliminating roadblocks

- Freedom to take risks, challenging the status quo to foster innovation and creativity ... asking not just what is, but what could be

- Maximizing individual potential and practicing meritocracy

- Respecting and leveraging the diversity of our colleagues and suppliers. Through diversity, we deliver the best of Aon to our clients

- Listening and seeking to understand our clients and colleagues ... understanding their needs from their point of view

- Replicating best practices ... maximizing and leveraging our global intellectual capital

- Positive mental attitude ... through which all Aon colleagues can achieve anything they set out to do

Aon
200 E. Randolph St.
Chicago, IL 60601

www.aon.com

Copyright Aon 2005
Published by Global Corporate Marketing and Communications
#1636 - 08/2005

**AON**