# EXHIBIT C

SafeScreen - Applicant Entry                                                                 Page 1 of 15

**Employment Application**
Authorized by AON SERVICE CORPORATION

**Personal Data**

* Indicates a required fi

**APPLICANT NOTE:** This form is intended for use in evaluating your qualifications for employment. It is not an employment contract. Please answer all questions completely and to the best of your ability. False or misleading statements are grounds for refusal or termination of employment and benefits. It is the policy of this company as an Equal Opportunity Employer to ensure that there shall b no discrimination against any employee or applicant for employment on the basis of age, race, color, creed, marital status, religion, se> national origin, disability or veteran status, or any other status protected by law. The Affirmative Action Plan Narrative Document for Veterans and Persons with Disabilities is available for review by all employees/applicants upon request during normal business hours b} contacting an HR representative.

Smoke-Free Environm

**Social Security Number***
[REDACTED]

**Personal Information**

| Last Name* | First* | Middle |
|---|---|---|
| Junk | Daniel | L |

| Address or P.O. Box* | Apt/Suite | Years At Address |
|---|---|---|
| 181 Oldfield Way | | 1 |

| City* | State* | Zip Code* |
|---|---|---|
| Okatie | South Carolina | 29909 |

**Home Phone / Day Phone**

| Home Phone | Daytime (Work) Phone | May we contact you at work? |
|---|---|---|
| 843-645-2520 | 646-209-9181 | ● Yes  ○ No |

Are you 18 years of age or older?   ● Yes  ○ No

Are you legally authorized to work in this country?
(Proof of authorization will be required upon employment.)   ● Yes  ○ No

Will you now or in the future require sponsorship for employment visa status?   ○ Yes  ● No

Have you ever been employed by AON or an AON subsidiary?
If yes, please complete the information below.   ● Yes  ○ No

| Start Date | End Date | Position(s) Held |
|---|---|---|
| -- Month --  -- Year -- | -- Month --  -- Year -- | |

| Reason For Leaving | Name of AON Subsidiary |
|---|---|
| | |

https://www.verificationsinc.com/verif/popup_view_app.cfm?app=TRUE&ssn=28168515...   7/11/2007

SafeScreen - Applicant Entry                                   Page 2 of 15

**Position Applying For**: Business Development
**Salary Requirement**: $ 200000 per Year
**What date are you available to start?**: 11/20/2006 (mm/dd/yyyy)
**Hours/Day Availability**:
**Location Preference**:

**Employment Desired**

Full Time ◉ Yes ◯ No     Part Time ◯ Yes ◉ No     Temporary ◯ Yes ◉ No

**Will you be working in California?**     ◉ Yes ◯ No

**What experience gained through the US Military Service is relevant to the position you are seeking?**

**Can you be bonded and/or receive a security clearance after hire?**     ◉ Unknown ◯ Yes ◯ No

**Have you ever been discharged by, or asked to resign from, any company?**     ◯ Yes ◉ No
If yes, please give the name of the company and the reason for the discharge or request to resign.

**Are you willing to travel?**     ◉ Yes ◯ No
If yes, any restrictions on time periods?

**If requested, would you be willing to work overtime or otherwise adjust your work schedule to meet the Company's needs?**     ◉ Yes ◯ No
If no, please explain.

**Are you willing to relocate?**     ◉ Yes ◯ No
If yes, any restrictions?
not in first year

**How were you referred to Aon?***: Other Search Engine
**Description***:

SafeScreen - Applicant Entry                                                                 Page 3 of 15

**Criminal Convictions**

\* indicates a required fi

**Have you been convicted of a criminal offense?**\*                                         ⊙ Yes  ⊙ No

If yes, describe in detail below the circumstances surrounding such offense, including the date and location of the offense, the name of the court, etc.

[                                                                                                    ]

(limit 255 characters)

**Important Note:** Do not include convictions that were annulled, sealed, or expunged, or convictions that resulted in referral to and participation in a pretrial or posttrial diversion program. *(Applicants in California, Illinois, Connecticut, Georgia, Hawaii and Massachusetts should read the information below before answering this question.)*

Conviction of a crime will not necessarily disqualify you from employment. Factors such as the age and time of the offense, seriousness and nature of the violation, job relatedness, and rehabilitation will be considered when making any employment decisions.

**California Applicants:** This does not include convictions under California Health & Safety Code §§11357(b) or (c), 11360(b) (formerly subdivision (c) of section 11360), 11364, 11365, or 11550 related to marijuana offenses that occurred two or more years before the application.

**Connecticut Applicants:** Applicants are not required to disclose the existence of any arrest, criminal charge, or conviction, the records of which have been erased. Criminal records subject to erasure are records pertaining to a finding of delinquency or the fact that a child was a member of a family with service needs, an adjudication as a youthful offender, a criminal charge that has been dismissed or nolled (not prosecuted), a criminal charge for which the person was found not guilty, or a conviction for which the offender received an absolute pardon. Any person whose criminal records have been erased is deemed to have never been arrested within the meaning of the law as it applies to the particular proceedings that have been erased, and may so swear under oath.

**Georgia Applicants:** Applicants are not required to disclose information pertaining to any "first offender discharge."

**Hawaii Applicants:** Do not answer this question at this time. You will only have to answer this question if you receive a conditional offer of employment. Answer "No" if a conditional offer of employment has not been made.

**Illinois Applicants:** Under Illinois Public Act 93-0211, you are not required to disclose sealed or expunged records.

**Massachusetts Applicants:** Applicants for employment with a sealed record on file with the Commissioner of Probation may answer "no record" with respect to an inquiry relating to prior arrests, criminal court appearances, or convictions. In addition, Massachusetts Applicants for employment may answer "no record" with respect to any inquiry relative to prior arrests, court appearances and adjudications in all cases of delinquency or as a child in need of services which did not result in a complaint transferred to the superior court for criminal prosecution. Massachusetts applicants should not disclose information regarding first-time misdemeanor convictions for drunkenness, simple assault, speeding, minor traffic violations, affray or disturbance of the peace.

SafeScreen - Applicant Entry                                                                                    Page 4 of 15

## Employment History

\* Indicates a required fi

Please provide details of your employment history, starting with the most recent first. You must complete at least 1 employer block on this page.

### Employer 1    Show / Hide

**Company Name\***: Renew Data Corp.
**Type of Business**: Electronic Evidence
**Phone**: 512-276-5500
**Street Address**: 9500 Arboretum Blvd.
**City\***: Austin
**State\***: Texas
**Employed From\***: May 2006
**Employed To\***: Current 2006
**Position Title**: NE Director Sales
**Description of Duties**: Generate opportunities and revenue within the East and West coast territories

(limit 255 characters)

**Reason for Leaving**: Opportunity at AON
**Starting Salary**: $ 225000 per Year
**Ending Salary**: $ 225000 per Year
**Other Compensation (commissions, bonus, etc.)**: 310000
**Name of Supervisor/Contact**: Jake Frazier
**Title of Supervisor/Contact**: National Sales Director
**Supervisor/Contact's Phone**: 512-276-5506
**Is this current employment?\*** ● Yes ○ No
**May we contact this employer?\*** ○ Yes ● No ○ Post-Hire

### Employer 2    Show / Hide

**Company Name\***: DolphinSearch Inc.
**Type of Business**: Electronic Discovery
**Phone**: 805-585-2102
**Street Address**: 5855 Olivas Park Drive
**City\***: Ventura
**State\***: California
**Employed From\***: January 2006
**Employed To\***: May 2006
**Position Title**: VP Sales
**Description of Duties**: Hire national sales force to develop relationships and revenue

(limit 255 characters)

**Reason for Leaving**: Returned to RenewData
**Starting Salary**: $ 175000 per Year
**Ending Salary**: $ 175000 per Year
**Other Compensation (commissions, bonus, etc.)**: 225000
**Name of Supervisor/Contact**: Dan Ferrante
**Title of Supervisor/Contact**: CEO
**Supervisor/Contact's Phone**: 805-585-2102
**Is this current employment?\***
**May we contact this employer?\***

SafeScreen - Applicant Entry                                                Page 5 of 15

◉ Yes ◉ No                    ◉ Yes ◉ No ◉ Post-Hire

**Employer 3**  Show / Hide

**Company Name*** RenewData Corp.
**Type of Business** Electronic Evidence
**Phone** 512-276-5500

**Street Address** 9500 Arboretum Blvd
**City*** Austin
**State*** Texas

**Employed From*** October 2003
**Employed To*** January 2006
**Position Title** National Sales Director

**Description of Duties**
Hire national sales tema to develop relationships and generate revenue

(limit 255 characters)

**Reason for Leaving** Equity position at DolphinSear
**Starting Salary** $ 175000 per Year
**Ending Salary** $ 175000 per Year

**Other Compensation (commissions, bonus, etc.)** 225000

**Name of Supervisor/Contact** Bob Gomes
**Title of Supervisor/Contact** CEO
**Supervisor/Contact's Phone** 512-276-5510

**Is this current employment?*** ◉ Yes ◉ No
**May we contact this employer?*** ◉ Yes ◉ No ◉ Post-Hire

**Employer 4**  Show / Hide

**Company Name*** nMatrix Inc.
**Type of Business** Litigation support Software
**Phone**

**Street Address** 11 W 42nd Street
**City*** New York
**State*** New York

**Employed From*** November 2001
**Employed To*** October 2003
**Position Title** Director Sales

**Description of Duties**
Hire sales team to develop relationships and generate revenue

(limit 255 characters)

**Reason for Leaving** Opportunity at RenewData
**Starting Salary** $ 175000 per Year
**Ending Salary** $ 265000 per Year

**Other Compensation (commissions, bonus, etc.)** 150000

**Name of Supervisor/Contact** John Lord
**Title of Supervisor/Contact** CEO/Founder
**Supervisor/Contact's Phone**

**Is this current employment?*** ◉ Yes ◉ No
**May we contact this employer?*** ◉ Yes ◉ No ◉ Post-Hire

**Employer 5**  Show / Hide

**Company Name***
**Type of Business**
**Phone**

SafeScreen - Applicant Entry                                                              Page 6 of 15

**Company Name:** KM Consulting
**Type of Business:** Consulting
**Phone:**
**Street Address:** 22 Southern Hills drive
**City:** Skillman
**State:** New Jersey
**Employed From:** October 2000
**Employed To:** November 2001
**Position Title:** Principal/President
**Description of Duties:** Outside consultant for Katten Muchin Zavis in Chicago. Designed and implemented its knowledge management intranet

(limit 255 characters)

**Reason for Leaving:** Job was finished
**Starting Salary:** $200 per Hour
**Ending Salary:** $200 per Hour
**Other Compensation (commissions, bonus, etc.):** none
**Name of Supervisor/Contact:** Al Wood
**Title of Supervisor/Contact:** Exec Mgr
**Supervisor/Contact's Phone:**
**Is this current employment?** ○ Yes ● No
**May we contact this employer?** ● Yes ○ No ○ Post-Hire

### Employer 6

**Company Name:** SRA International
**Type of Business:** Software integrator/developer
**Phone:**
**Street Address:** 4300 Fair Lakes Drive
**City:** Fair Lakes
**State:** Virginia
**Employed From:** April 2000
**Employed To:** October 2000
**Position Title:** Sr. Principal
**Description of Duties:** Knowledge Management Consultant

(limit 255 characters)

**Reason for Leaving:** Division was closed down
**Starting Salary:** $140000 per Year
**Ending Salary:** $140000 per Year
**Other Compensation (commissions, bonus, etc.):** 110000
**Name of Supervisor/Contact:** Kevin O'Connor
**Title of Supervisor/Contact:** Managing director
**Supervisor/Contact's Phone:**
**Is this current employment?** ● Yes ○ No
**May we contact this employer?** ● Yes ○ No ○ Post-Hire

### Employer 7

**Company Name:** Simpson ThacherBartlett
**Type of Business:** Law firm
**Phone:** 212-455-2000
**Street Address:** 425 Lexington Avenue
**City:** New York
**State:** New York

SafeScreen - Applicant Entry                                                                 Page 7 of 15

**Employed From*** September 1993  
**Employed To*** April 2000  
**Position Title** Associate  

**Description of Duties**  
Various - lawyer  

(limit 255 characters)

**Reason for Leaving**  
Opportunity at SRA  

**Starting Salary** $ 20000 per Year  

**Ending Salary** $ 140000 per Year  

**Other Compensation (commissions, bonus, etc.)**  
60000  

**Name of Supervisor/Contact**  
Mike Corrigan  

**Title of Supervisor/Contact**  
Partner  

**Supervisor/Contact's Phone**  

**Is this current employment?*** ● Yes ● No  

**May we contact this employer?*** ● Yes ● No ● Post-Hire

SafeScreen - Applicant Entry                                                Page 8 of 15

## Education
*\* indicates a required fi*

### High School

**Name of School***: Worthington High School
**City***: W@orthington
**State***: Ohio
**Did You Graduate?***: Yes
**Degree***: Diploma

### Colleges / Universities / Technical Schools

Please provide details of your academic history starting with the most recent first.

**School 1** Show / Hide

**Name of School***: New York Law School
**City***: New York
**State***: New York
**School Type***: College/University
**Did You Graduate?***: Yes
**Highest Degree Earned**: JD - Juris Doctorate
**Date Degree Was Received**: June 1997
**Major**:
**Minor**:

Select the dates you attended the school. If currently enrolled, the **Attended To** date would be July 2007.

**Attended From**: August 1993
**Attended To**: June 1997

**School 2** Show / Hide

**Name of School***: Franklin University
**City***: Columbus
**State***: Ohio
**School Type***: College/University
**Did You Graduate?***: Yes
**Highest Degree Earned**: BA/BS - Bachelor's Degree
**Date Degree Was Received**: August 1989
**Major**: Finance
**Minor**: Business Administration

Select the dates you attended the school. If currently enrolled, the **Attended To** date would be July 2007.

**Attended From**: September 1986
**Attended To**: August 1989

**School 3** Show / Hide

**Name of School***: Ohio State University
**City***: Columbus
**State***: Ohio
**School Type***: College/University
**Did You Graduate?***: No
**Highest Degree Earned**: No Graduation
**Date Degree Was Received**: -- Month --  -- Year --
**Major**:
**Minor**:

Select the dates you attended the school. If currently enrolled, the **Attended To** date would be July 2007.

**Attended From**: September 1981
**Attended To**: October 1983

**School 4** Show / Hide

https://www.verificationsinc.com/verif/popup_view_app.cfm?app=TRUE&ssn=28168515...   7/11/2007

SafeScreen - Applicant Entry                                                        Page 10 of 15

## Professional Licenses

*\* indicates a required fi*

If this page does not apply to you, click **Save and Continue >** to move to the next page.

If you have any professional licenses, please list them below.

### Professional License 1  [Show / Hide]

**License Type**
-- Please Select --

**Description if "Other" type**

**Expiration Date**
-- Month --   -- Year --

**License Number**

**State Issued**
-- Please Select --

### Professional License 2  [Show / Hide]

### Professional License 3  [Show / Hide]

### Professional License 4  [Show / Hide]

### Professional License 5  [Show / Hide]

## Registrations / Certifications

Professional licenses, registrations or certifications currently held. (ASA, FSA, CFA, CLU, CPA, CNE, etc.) List, including state of issuance and expiration date.

(limit 255 characters)

## Additional

List additional relevant skills or abilities.

(limit 255 characters)

## Personal Computer Experience

List PC software experience including programming languages.

(limit 255 characters)

## Organizations & Activities

Indicate participation in professional, technical, trade organizations or extracurricular activities, which you think would be helpful to us in evaluating your qualifications. (You may omit those activities which indicate your race, age, religion, color, national origin, ancestry, sex, sexual orientation, marital status, disability, or political persuasion.)

(limit 255 characters)

## Awards & Honors

List Awards, Honors, etc.

(limit 255 characters)

SafeScreen - Applicant Entry                                                                                   Page 12 of 15

**Certification**

\* indicates a required fi

In consideration of my employment, I agree to conform to the rules and regulations of the Aon subsidiary for which I am hired and agree that my employment may be terminated, with or without cause, and with or without notice, at any time at either the company's or my option. I also understand and agree that I am not being hired for any specified period of time. In addition, I understand and agree that the terms and conditions of my employment may be changed by the company at any time with or without notice. I also understand that any company manuals or handbooks which may be provided to me during the course of my employment shall not be construed as a contract of employment for any specified period of time.

I hereby authorize all persons or institutions to give Aon Corporation or its affiliates or agents full information concerning my character, qualifications, education and employment. I release all parties from all liability for any damage that may result from furnishing that information to Aon Corporation or its affiliates or agents.

I understand that any false or misleading information or omissions on this application or on any resume or other document I have submitted to you, or made by me in any interview(s) I may have with you, may preclude an offer of employment or may result in a withdrawal of an employment offer, or may result in my discharge from employment if I am already employed at the time the false or misleading information or omission is discovered.

**IT IS UNLAWFUL IN MASSACHUSETTS TO REQUIRE OR ADMINISTER A LIE DETECTOR TEST AS A CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. AN EMPLOYER WHO VIOLATES THIS LAW SHALL BE SUBJECT TO CRIMINAL PENALTIES AND CIVIL LIABILITY.**

**UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND, AS A CONDITION OF EMPLOYMENT, PROSPECTIVE EMPLOYMENT, OR CONTINUED EMPLOYMENT, THAT AN INDIVIDUAL SUBMIT TO OR TAKE A LIE DETECTOR OR SIMILAR TEST. AN EMPLOYER WHO VIOLATES THIS LAW IS GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT EXCEEDING $100.**

Signature                                                        Date

This application is valid only for the specific position for which you have applied. When that position is filled, or 60 days after the date of the application, whichever occurs earlier, this application will become invalid. To be considered for any other position, or for the same position after 60 days, you must complete another application for employment.

SafeScreen - Applicant Entry                                          Page 13 of 15

---

**Background Check Authorization Form**                                    * Indicates a required fi

**Disclosure**

Employer and Applicant: Do not attach this page to Employment Application.        (Revision 12/23/02)

I authorize AON SERVICE CORPORATION and Verifications, Inc., a consumer-reporting agency, to retrieve information from all personnel, educational institutions, government agencies, companies, corporations, credit reporting agencies, law enforcement agencies at the federal, state or county level, relating to my past activities, to supply any and all information concerning my background. The information received may include, but is not limited to, academic, residential, achievement, job performance, attendance, litigation, personal history, credit reports, driving records, and criminal history records. I understand that this information may be transmitted electronically and authorize such transmission.

May we contact your current employer for verification?*                    ● Yes  ◉ No

I understand that a Consumer Report or Investigative Consumer Report ("Consumer Report") may be prepared summarizing this information. If my prior employers and/or references are contacted, the report may include information obtained through personal interviews regarding my character, general reputation, personal characteristics and/or mode of living.

I may request a copy of any report that is prepared regarding me and may also request the nature and substance of all information about me contained in the files of the consumer reporting agency. I understand that I have the right to inspect those files with reasonable notice during regular business hours and that I may be accompanied by one other person.

The consumer reporting agency is required to provide someone to explain the contents of my file. I understand that proper identification will be required and that I should direct my request to: Verifications, Inc., 1425 Mickelson Drive, Watertown, SD 57201. Phone 1-877-414-7060 / 1-800-247-0717 / 605-884-1200.

**Certification**

I hereby certify all the statements and answers set forth on the application form and/or my resume are true and complete to the best of my knowledge, and I understand that if subsequent to employment any such statements and/or answers are found false or information has been omitted, such false statements or omissions will be just cause for the termination of my employment. Further, I understand that by requesting this information, no promise of employment is being made. *I am willing that a photocopy of this authorization be accepted with the same authority as the original; and that if employed by the above-named company (except if employed in the US State of California), this authorization will remain in effect throughout such employment.*

                              REDACTED
Signature                Social Security Number          Date

---

Junk                     Daniel                          L
**Last Name**            **First Name**                  **Middle Name**

181 Oldfield Way         Okatie                          SC              29909
**Street Address**       **City**                        **State**       **Zip**

**Names**

List any other names, AKAs or maiden names that have been used past or present. Also provide the approximate year this alternate name was last used, if available.

| Last Name | First Name | Middle Initial | Year Last Used |
|---|---|---|---|
|  |  |  | -- Please Select -- |
|  |  |  | -- Please Select -- |
|  |  |  | -- Please Select -- |

https://www.verificationsinc.com/verif/popup_view_app.cfm?app=TRUE&ssn=28168515...    7/11/2007

SafeScreen - Applicant Entry                                                                 Page 14 of 15

**Previous Residences**

Please list all other places in which you lived during the last 7 years.

| Address | City | State | Zip Code |
|---|---|---|---|
| 22 Southern Hills | Skillman | New Jersey | 08558 |
| 32 York Drive | Princeton | New Jersey | 08542 |
| 19 Palmer Square | Princeton | New Jersey | 08540 |
| 161 W 16th Street | New York | New York | 10016 |

Would you like a copy of any consumer report regarding you?*        ◉ Yes  ◉ No

https://www.verificationsinc.com/verif/popup_view_app.cfm?app=TRUE&ssn=28168515...    7/11/2007

SafeScreen - Applicant Entry

Page 15 of 15