UNITED STATES DISTRICT COUT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

DANIEL JUNK,

                Plaintiff,

    - against -                         No. 07-CIV-4640 (LMM) (GWG)

AON CORP., AON SERVICE CORPORATION     **CERTIFICATE OF SERVICE**
and AON CONSULTING, INC.,

                Defendants.

------------------------------------X

    I, Alexis A. Lury, am an associate of the law firm of Winston & Strawn LLP, and counsel for Defendants.

    I hereby certify, under penalty of perjury, that on the 6th day of August, 2007, I caused to be served the following documents:

    (1)    Notice of Motion to Dismiss The Complaint;

    (2)    Memorandum Of Law In Support Of Defendants' Motion To Dismiss;

    (3)    Affirmation Of Lori J. Van Auken In Support Of Defendants' Motion To Dismiss;

and

    (4)    Affidavit Of Leonora Galletti In Support Of Defendants' Motion To Dismiss

upon counsel of record by mailing true copies of the same, by FED EX Priority Overnight Mail to the address designated by counsel of record for that purpose as follows:

                                    Charles N. Internicola, Esq.
                                    Decker Decker Dito & Internicola, LLP
                                    1610 Richmond Road
                                    Staten Island, New York 10304

Dated: August 6, 2007

                              By: _____
                                    Alexis A. Lury