ECF

McKenny T

08-29-2007 03:52pm From-WINSTON&STRAWN +2122944700 T-734 P.002/002 F-957
08/29/2007 13 58 FAX 1 718 3513514 W U U I ATTORNEYS AT LAW

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____     │
│ DATE FILED: 9/7/07          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL JUNK

               Plaintiff,

- against -

AON CORP., AON SERVICE CORPORATION
and AON CONSULTING, INC.

               Defendants.

---

Case No.: 07-CIV-4640 (Lmm)

STIPULATION + ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the Plaintiff, Daniel Junk, and Defendants AON Corp., AON Service Corporation and AON Consulting, Inc. ("Defendants"), that the hearing / return date for Defendants' Motion to Dismiss be adjourned from September 7, 2007 to September 28, 2007, that Plaintiff's time to serve opposition papers shall be extended to September 17, 2007 with Reply papers to be served by September 27, 2007.

Dated: New York, New York
       August 29, 2007

DECKER DECKER DITO & INTERNICOLA, LLP

By: _____
Charles N. Internicola (CNI 4059)
Attorneys for Plaintiff
1610 Richmond Road
Staten Island, NY 10304
T. 718. 979. 4300
F. 718. 351. 3514

WINSTON & STRAWN, LLP

By: _____
Lori Van Auken (LV 2858)
Attorneys for Defendants
200 Park Avenue
New York, NY 10166
T. 212. 294. 4707
F. 212. 294. 4700

So Ordered:

_____
U.S.D.J.   9/7/07