UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
JUNK                                :
                                    :    07 Civ. 4640 (LMM)
            Plaintiff(s),           :
                                    :    CASE MANAGEMENT PLAN
        - against -                 :    AND SCHEDULING ORDER
                                    :
AON CORP., ET AL.                   :    ┌─────────────────────────┐
                                    :    │ USDC SDNY               │
            Defendant(s).           :    │ DOCUMENT                │
                                    :    │ ELECTRONICALLY FILED    │
------------------------------------x    │ DOC #: _____  │
                                         │ DATE FILED: 12/11/07    │
                                         └─────────────────────────┘

McKENNA, D.J.

1.  Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2.  ___ Complex   ___ Standard   ___ Expedited

3.  Initial document production to be completed by _____.

4.  Party depositions to be completed by _____.

5.  Third party depositions to be completed by _____.

6.  Parties and counsel to meet to discuss settlement by _____.

7.  Experts' reports to be served by _____.

8.  Experts' depositions to be completed by _____.

9.  All discovery to be completed by _6/30/07_.

10. Next pretrial conference _____ at _____.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions: All dispositive motions to be made within 30 days of completion of discovery. Joint proposed pretrial order to be submitted within 30 days of the later of completion of discovery or decision of dispositive motion(s) if any.

Dated:   New York, New York
         12/11/07
                                         SO ORDERED.

                                         _____
                                         LAWRENCE M. McKENNA
                                         U.S.D.J.