# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | FACSIMILE (212) 294-4700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

December 19, 2007

*MEMO ENDORSED*

**BY HAND**
The Honorable Judge Lawrence M. McKenna
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     Re:  **Daniel Junk v. Aon Corp., Aon Service Corp., and Aon Consulting, Inc., Civ. Action No. 07-Civ-4640 (LMM) (GWG)**

Dear Judge McKenna:

  We represent the Defendants in the above-referenced matter. At the direction of your Courtroom Deputy Mr. Kenneth Zaepfel today, I enclose a redacted copy of Exhibit C to the Galletti Affidavit ("Exhibit C") electronically filed as Docket No. 5 on August 6, 2007, to replace the Exhibit C originally filed in Docket No. 5.

  As background, we were notified by Plaintiff's counsel that two of Exhibit C's pages, contain Plaintiff's Social Security number. We agreed to redact the social security number from Exhibit C. Mr. Zaepfel informed me today that the Court will arrange to insert the redacted Exhibit C and remove the "original" unredacted version.

  Should the Court want us to arrange to have the unredacted version filed under seal, we would be happy to follow through or assist in any way. We thank the Court for its attention to this matter, and very much apologize for any inconvenience.

                Respectfully submitted,

*The Clerk is directed to effect the above. So ordered.* [handwritten endorsement] /s/ [signature] 12/19/07

                Lane H. Lerner
                Managing Attorney

Encls.
cc:  Charles N. Internicola, Esq. (via facsimile) (w/o enclosure)