12/14/2007 14:30 FAX 1 718 3513514    D.D.D.I ATTORNEYS AT LAW    002/002

12-14-2007  02:18pm  From-WINSTON&STRAWN    +2122944700    T-898  P.004/004  F-237

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

DANIEL JUNK,

          Plaintiff,

-against-

AON CORP., AON SERVICE CORPORATION
and AON CONSULTING, INC.,

          Defendants.

----------------------------------------------------------x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 12/19/07 |

07-CIV-4640 (LMM)(GWG)

STIPULATION AND ORDER RE:
DEFENDANTS' TIME TO ANSWER
THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the Plaintiff, Daniel Junk, and Defendants, Aon Corp., Aon Service Corporation and Aon Consulting, Inc. ("Defendants"), that Defendants' Answer to the Complaint in the above-referenced action shall be due on or before January 11, 2008.

Dated: New York, New York
December 14, 2007

DECKER DECKER DITO & INTERNICOLA, LLP

By: _____
Charles N. Internicola (CNI4059)
Attorneys for Plaintiff
1610 Richmond Road
Staten Island, New York 10304
Tel: (718) 979-4300
Fax: (718) 351-3514

WINSTON & STRAWN LLP

By: _____
Lori J. Van Auken (LV2858)
Attorneys for Defendants
200 Park Avenue
New York, New York 10166
Tel: (212) 294-4707
Fax: (212) 294-4700

SO ORDERED:

_____
U.S.D.J    12/19/07