01/11/2008 12:40 FAX  1 718 3513514          D.D.D.I ATTORNEYS AT LAW                        ☒001/001

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DANIEL JUNK,

               Plaintiff,

    -against-

AON CORP., AON SERVICE CORPORATION
and AON CONSULTING, INC.,

               Defendants.

-----------------------------------------------------------x

07-CIV-4640 (LMM)(GWG)

STIPULATION AND ORDER RE:
DEFENDANTS'
TIME TO ANSWER
THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the Plaintiff, Daniel Junk, and Defendants, Aon Corp., Aon Service Corporation and Aon Consulting, Inc. ("Defendants"), that Defendants' Answer to the Complaint in the above-referenced action shall extended from Friday, January 11, 2008, to and including Wednesday, January 16, 2008.

Dated: New York, New York
       January 10, 2008

DECKER DECKER DITO & INTERNICOLA, LLP

By: _____
    Charles N. Internicola (CNI4059)
Attorneys for Plaintiff
1610 Richmond Road
Staten Island, New York 10304
Tel: (718) 979-4300
Fax: (718) 351-3514

WINSTON & STRAWN LLP

By: _____
    Lori J. Van Auken (LV2858)
Attorneys for Defendants
200 Park Avenue
New York, New York 10166
Tel: (212) 294-4707
Fax: (212) 294-4700

SO ORDERED:

_____
U.S.D.J.    1/14/08