# EXHIBIT D

# Aon Consulting

## Confidentiality Agreement

As an employee of Aon Consulting, Inc. ("Aon Consulting"), I, <u>Daniel L. Junk</u> understand that I will have access to certain valuable confidential information which is the property of Aon Consulting and its Aon affiliates. This confidential and proprietary information (the "Information") may include, but is not limited to, information regarding Aon Consulting's:

- Internal records, systems, and methods of operating its business;
- Internal policies, practices, and procedures;
- Personnel, and their compensation and benefits;
- Financial, pricing, and cost information;
- Management structure and management development plans;
- Sales and client development plans;
- Client lists;
- Client relationships and services provided;
- Client personnel, compensation, and financial information; and
- Prospect lists and proposals.

This Information may also include:

- Materials developed by me during the course of my employment with Aon Consulting;
- Any other proprietary business data; and
- Any other material designated by Aon Consulting as confidential or proprietary.

I understand that safeguarding this Information is critical to sustaining Aon Consulting's long-term client and other business relationships. Unless required by my job or by law, I will not disclose any of this Information to third parties nor permit any third party to have access to such Information. I also agree that I will not remove any documents from the office or premises of Aon Consulting for any purpose other than for a purpose directly related to the business of Aon Consulting and within the scope of my employment with Aon Consulting.

Should I receive a subpoena or other similar request to disclose any confidential information, I will promptly notify management so that Aon Consulting may seek an appropriate protective order or waive compliance with this Confidentiality Agreement.

1

03/21/06

Aon Consulting
Confidentiality Agreement
Page 2

I understand and agree that all materials and things embodying or reflecting this Information are the sole property of Aon Consulting and its Aon affiliates. Upon the termination of my employment with Aon Consulting, I agree to immediately deliver to Aon Consulting all the materials and things embodying any of the Information disclosed to me in the course of my employment with Aon Consulting. I will not retain any copies or reproductions thereof nor shall I dispose of any such materials and things or copies or reproductions thereof to any third party.

I understand that this Confidentiality Agreement is not a non-solicitation or a non-competition Agreement.

I understand and agree that this Confidentiality Agreement shall survive the termination of my employment with Aon Consulting.

_____          _11/9/06_____
Employee Signature                                      Date

03/21/06