UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DANIEL JUNK

                Plaintiff,        Case No.: 07-CIV-4640 (LMM)(GWG)

   - against -

AON CORP., AON SERVICE CORPORATION    **NOTICE OF MOTION**
and AON CONSULTING, INC.

                Defendants.
_____

      PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation of Charles N. Internicola dated March 13, 2008 and the accompanying memorandum of law, and all prior pleadings and proceedings heretofore had herein, Plaintiff will move this Court, in Courtroom 15D of the United States District Courthouse, 500 Pearl Street, New York, New York, on the 8th day of April, 2008 at 9:30 in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, extending plaintiff's time to reply to defendants' counterclaims to February 20, 2008 – the date of actual service and docketing of plaintiff's reply - and granting such other and further relief as this Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure and Rule 6.1(b) of the Local Civil Rules for the United States District Court for the Southern District of New York, opposing papers, if any, must be served within ten (10) business

days following service of this motion.

Dated: Staten Island, New York
       March 13, 2008

                                Respectfully Submitted,

                                DECKER DECKER DITO & INTERNICOLA, LLP

                                By /s/ Charles N. Internicola

                                  Charles N. Internicola (CI 4059)
                                  1610 Richmond Road
                                  Staten Island, NY 10304
                                  T. 718. 979. 4300
                                  F. 718. 351. 3514
                                  cinternicola@dddilaw.com