# EXHIBIT A

*McKenna*

12/14/2007 14:30 FAX  1 718 3513514          D.D.D.I ATTORNEYS AT LAW                    ☎002/002

12-14-2007  02:15pm  From-WINSTON&STRAWN          +2122944700              T-998  P.004/004  F-237

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

DANIEL JUNK,

               Plaintiff,

      -against-

AON CORP., AON SERVICE CORPORATION
and AON CONSULTING, INC.,

             Defendants.

----------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 12/19/07

07-CIV-4640 (LMM)(GWG)

STIPULATION & ORDER RE:
DEFENDANTS'
TIME TO ANSWER
THE COMPLAINT

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys of record for the Plaintiff, Daniel Junk, and Defendants, Aon Corp., Aon Service

Corporation and Aon Consulting, Inc. ("Defendants"), that Defendants' Answer to the Complaint

in the above-referenced action shall be due on or before January 11, 2008.

Dated: New York, New York
       December 14, 2007

DECKER DECKER DITO & INTERNICOLA, LLP

By: _____
    Charles N. Internicola (CNI4059)
    Attorneys for Plaintiff
    1610 Richmond Road
    Staten Island, New York 10304
    Tel: (718) 979-4300
    Fax: (718) 351-3514

WINSTON & STRAWN LLP

By: _____
    Lori J. Van Auken (LV2858)
    Attorneys for Defendants
    200 Park Avenue
    New York, New York 10166
    Tel: (212) 294-4707
    Fax: (212) 294-4700

SO ORDERED:

_____
U.S.D.J          12/19/07