# EXHIBIT B

01/11/2008 12:40 FAX 1 718 3513514        D.D.D.I ATTORNEYS AT LAW                    McKenna J  ☑001/001  ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

DANIEL JUNK,

              Plaintiff,                    07-CIV-4640 (LMM)(GWG)

-against-                                        STIPULATION + ORDER RE:
                                                 DEFENDANTS'
                                                 TIME TO ANSWER
AON CORP., AON SERVICE CORPORATION               **THE COMPLAINT**
and AON CONSULTING, INC.,

              Defendants.

----------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the Plaintiff, Daniel Junk, and Defendants, Aon Corp., Aon Service Corporation and Aon Consulting, Inc. ("Defendants"), that Defendants' Answer to the Complaint in the above-referenced action shall extended from Friday, January 11, 2008, to and including Wednesday, January 16, 2008.

Dated: New York, New York
       January 10, 2008

DECKER DECKER DITO & INTERNICOLA, LLP          WINSTON & STRAWN LLP

By: _____                    By: _____
Charles N. Internicola (CNI4059)                   Lori J. Van Auken (LV2858)
Attorneys for Plaintiff                            Attorneys for Defendants
1610 Richmond Road                                 200 Park Avenue
Staten Island, New York 10304                      New York, New York 10166
Tel: (718) 979-4300                                Tel: (212) 294-4707
Fax: (718) 351-3514                                Fax: (212) 294-4700

SO ORDERED:

_____
U.S.D.J.    1/14/08