# EXHIBIT C

# WINSTON & STRAWN LLP

**Internal Memorandum**

200 PARK AVENUE, NEW YORK NY 10166-4193
TELEPHONE: 212-294-6700   FACSIMILE: 212-294-4700

35 W. WACKER DRIVE  1700 K STREET, N.W.  333 SOUTH GRAND AVENUE  101 CALIFORNIA STREET  100 NORTH TRYON STREET  43 RUE DU RHONE  25 AVENUE MARCEAU  99 GRESHAM STREET
CHICAGO, IL 60601  WASHINGTON, DC 20006  LOS ANGELES, CA 90071  SAN FRANCISCO, CA 94111  CHARLOTTE, NC 28202  1204 GENEVA, SWITZERLAND  75116 PARIS, FRANCE  LONDON, UNITED KINGDOM EC2V 7NG
312-558-5600  202-282-5000  213-615-1700  415-691-1000  704-350-7700  41-22-317-75-75  33-1-53-64-82-82  44-020-7105-0000

**To:** File

**From:** Daphney Charlemagne

**Date:** February 29, 2008

**Re:** Junk v. Aon

   Mr. Charles Internicola's office called today and left a message wanting to know if we were able to get in touch with the mediator in this case. As per his secretary, Camille, his office has been trying to reach the mediator, unsuccessfully, for the past couple of days. Mr. Internicola can be reached at (718) 979-4300.

NY:1165786.1