# EXHIBIT E

## Charlemagne, Daphney

**From:** Van Auken, Lori
**Sent:** Wednesday, March 05, 2008 9:36 AM
**To:** 'Charles N. Internicola'
**Subject:** RE: Junk v. Aon

Charles,

My apologies. I was away for several days in February, returned with the flu and have been busy preparing for an upcoming trial. I have heard nothing from the mediator. If you are available today around noon, please let me know and I will call you then. If noon doesn't work, let me know if there is another time this afternoon that is more convenient for you.

Regards,
Lori


Lori Van Auken
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Phone: 212-294-4707
Fax:   212-294-4700

lvanauken@winston.com

The contents of this message are privileged and confidential. If this message is received in error, please destroy it without reading. This message should not be forwarded or distributed without the permission of the author.

---

**From:** Charles N. Internicola [mailto:cinternicola@dddilaw.com]
**Sent:** Tuesday, March 04, 2008 11:54 AM
**To:** Van Auken, Lori
**Subject:** Junk v. Aon

Dear Ms. VanAuken,

I have been trying to get in touch with you over the past few weeks regarding the mediation to satisfy our pre-mediation obligations. Also, I have not received communications from the mediator and wanted to see if you had any discussions with the mediator. Also with regard to discovery production, I wanted to discuss the possibility of a confidentiality agreement.

Kindly advise.

Charles N. Internicola, Esq.
DECKER DECKER DITO & INTERNICOLA, LLP
1610 Richmond Road, Staten Island, NY 10304

T. 718. 979. 4300 (Ext.29)
F. 718. 351. 3514
www.dddilaw.com



CONFIDENTIALITY NOTICE: The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are notified that dissemination, distribution, or copying of this communication, or any of its contents, is prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you. For more information please visit us at http://www.dddilaw.com

3/27/2008