# EXHIBIT F



# DECKER, DECKER, DITO & INTERNICOLA LLP

ATTORNEYS AT LAW

March 11, 2008

Honorable Lawrence M. McKenna
United States District Judge
United States Courthouse
500 Pearl Street-Room 1640
New York, NY 10007

Re:   *Junk v. Aon*
      Case No.: 07-CIV-4640

Your Honor:

We represent plaintiff Daniel Junk in the above referenced action. On February 20, 2008 my firm served and docketed plaintiff's reply to the defendant's counterclaims. The defendant's answer was served on January 16, 2008. In that, the Reply was filed beyond the statutory period, I request that Your Honor deem plaintiff's reply timely filed, *nunc pro tunc*.

In connection with this request, I apologize for the oversight in not making an earlier application and note that on various prior occasions during the past month I did attempt to communicate with defendant's counsel but did not receive a response until today. In connection with this application I note that this extension has not resulted in any prejudice to the defendant or delay in this action.

Respectfully Submitted,

Charles N. Internicola

Encl.
(cc: Lori Van Auken, Esq.)