# EXHIBIT I

Confirmation Report-Memory Send

```
Time       : 12-14-2007  02:19pm
Tel line 1 : +1-212-294-4700
Tel line 2 : +2122944700
Name       : WINSTON&STRAWN
```

| | |
|---|---|
| Job number | : 237 |
| Date | : 12-14  02:17pm |
| To | : 917183513514 |
| Document Pages | : 004 |
| Start time | : 12-14  02:17pm |
| End time | : 12-14  02:19pm |
| Pages sent | : 004 |
| Status | : OK |

Job number   : 237            \*\*\* SEND SUCCESSFUL \*\*\*

# WINSTON & STRAWN LLP    Facsimile

200 PARK AVENUE, NEW YORK NY 10166-4193
TELEPHONE: 212-294-6700   FACSIMILE: 212-294-4700

Fax Number: 212-294-4700

| FROM: | Lori J. Van Auken 212-294-4707 | | CHARGEBACK: 10107 6345-49 |
|---|---|---|---|
| DATE: | 12/14/2007 | | |

Please Deliver as Soon as Possible To:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Charles N. Internicola, Esq. | Decker Decker Dito & Internicola, LLP | 718-351-3514 | 718-979-4300 |

Total number of pages including this page: 4

**COMMENTS**
Re: Junk v. Aon Corp., et al.
No. 2-4173-07-039

Please see attached.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL OUR FAX OPERATOR AS SOON AS POSSIBLE.
THANK YOU.
212-294-5319

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.
If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Operator Initials: _____
Confirmation: Yes _____ Name: _____ No: _____

NY:11-42367.1

# WINSTON & STRAWN LLP

**Facsimile**

200 PARK AVENUE, NEW YORK NY 10166-4193
TELEPHONE: 212-294-6700    FACSIMILE: 212-294-4700

35 W. WACKER DRIVE | 1700 K STREET, N.W. | 333 SOUTH GRAND AVENUE | 101 CALIFORNIA STREET | 43 RUE DU RHÔNE | 25 AVENUE MARCEAU | 99 GRESHAM STREET
CHICAGO, IL 60601-9703 | WASHINGTON, DC 20006-3817 | LOS ANGELES, CA 90071-1543 | SAN FRANCISCO CA 94111-5894 | 1204 GENEVA, SWITZERLAND | 75116 PARIS, FRANCE | LONDON, UNITED KINGDOM EC2V 7NG

Fax Number: 212-294-4700

| FROM: | Lori J. Van Auken | **CHARGEBACK:** |
| | 212-294-4707 | 10107 |
| DATE: | 12/14/2007 | 6345-49 |

**Please Deliver as Soon as Possible To:**

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Charles N. Internicola, Esq. | Decker Decker Dito & Internicola, LLP | 718-351-3514 | 718-979-4300 |

Total number of pages including this page: 4

| COMMENTS |
|---|
| Re:  Junk v. Aon Corp., et al.<br>No. 2-4173-07-039<br><br>Please see attached. |

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL OUR FAX OPERATOR AS SOON AS POSSIBLE. THANK YOU.
212-294-5319**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

| Operator Initials: _____ |
| Confirmation: Yes ___ Name: _____ No: ___ |

NY:1142367.1

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

LORI J. VAN AUKEN
(212) 294-4707
lvanauken@winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-589-

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

December 14, 2007

**BY FACSIMILE**

Charles N. Internicola, Esq.
Decker, Decker, Dito & Internicola, LLP
1610 Richmond Road
Staten Island, New York 10304

   Re:  **Junk v. Aon Corp., et al., No. 2-4173-07-039**

Dear Mr. Internicola:

   I am in receipt of your letter dated December 13, 2007, regarding the Aon laptop computer provided to your client by Aon. We are very concerned with the manner in which your client appears to have handled Aon's property. Accordingly, please advise me immediately and in writing of the following:

  1. the name of the person to whom Mr. Junk mailed the laptop;

  2. the address to which Mr. Junk mailed the laptop;

  3. the exact date upon which Mr. Junk mailed the laptop;

  4. the post office location from which Mr. Junk mailed it; and

  5. the manner in which the laptop was packaged.

   Please also provide me with any proof of postage paid and any certified or registered mail tracking information for the package.

   Separately, based upon our discussion with Judge McKenna earlier this week, it is my understanding that Aon has at least thirty (30) days to file its Answer. Enclosed please find a Stipulation to that effect, extending Aon's time to answer to and including January 11, 2008. Please sign and return the Stipulation to me so that I may have it so ordered by the Court. If my understanding is incorrect, please advise me at once so that we may take appropriate measures to

WINSTON & STRAWN LLP

Charles N. Internicola, Esq.
December 14, 2007
Page 2

obtain an extension of time from the Court.

Very truly yours,

*[signature]*

Lori J. Van Auken

LVA:dc
Enclosure