# EXHIBIT "A"

# DECKER, DECKER, DITO & INTERNICOLA LLP

ATTORNEYS AT LAW

March 19, 2008

**BY FASCIMILE & REGULAR MAIL**
Lori Van Auken, Esq.
Winstron & Strawn
200 Park Ave
New York, NY 10166

Re:   Junk v. AON

Dear Ms. Van Auken:

Our records indicate that you have not served your initial Rule 26 disclosures.

Please advise.

Sincerely,

Charles N. Internicola



# DECKER, DECKER, DITO & INTERNICOLA<sup>LLP</sup>

ATTORNEYS AT LAW

1610 Richmond Road, Staten Island, New York 10304
T. 718. 979. 4300   F. 718 351. 3514

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| Lori Van Auken, Esq. | Charles N. Internicola, Esq. |

| | DATE: |
|---|---|
| | March 19, 2008 |

| FAX | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 212-294-4700 | |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
| | |

| | YOUR REFERENCE NUMBER: |
|---|---|
| Junk v Aon | |

PLEASE NOTIFY US IMMEDIATELY IF THIS FACSIMILE IS NOT PROPERLY RECEIVED: The information contained in this facsimile is legally privileged, confidential and intended only for the review and use by the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this facsimile is prohibited. If you have received this facsimile in error, please notify us by telephone and destroy the original message. Thank you.

```
*********************
*** FAX TX REPORT ***
*********************

            TRANSMISSION OK

    JOB NO.                 1199
    DESTINATION ADDRESS     12122944700
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME                03/19 10:11
    USAGE T                 00'21
    PGS.                    2
    RESULT                  OK
```



# DECKER, DECKER, DITO & INTERNICOLA LLP

### ATTORNEYS AT LAW

1610 Richmond Road, Staten Island, New York 10304
T. 718. 979. 4300   F. 718 351. 3514

---

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Lori Van Auken, Esq. | Charles N. Internicola, Esq. |

| | DATE: |
|---|---|
| | March 19, 2008 |

| FAX | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 212-294-4700 | |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
| | |

| | YOUR REFERENCE NUMBER: |
|---|---|
| Junk v Aon | |