# EXHIBIT "B"

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

**LORI J. VAN AUKEN**
(212) 294-4707
lvanauken@winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N W
WASHINGTON, D C 20006-3817

December 13, 2007

**BY FACSIMILE**

Charles N. Internicola, Esq.
Dito & Internicola, LLP
1610 Richmond Road
Staten Island, New York 10304

Re:    <u>Junk v. Aon Corp., et al., No. 2-4173-07-039</u>

Dear Mr. Internicola:

    Further to our discussion with Judge McKenna on Tuesday, I am writing to request that your client, Daniel Junk, return the laptop computer provided to him in connection with his employment with Aon. It is my understanding that despite repeated requests from Aon, your client has failed to return it. The laptop computer is the property of Aon and should have been returned immediately upon Mr. Junk's termination.

    Please arrange to have the laptop delivered to my attention at your earliest opportunity. We will serve our Answer to the Complaint within thirty (30) days after it is received.

    Please call me should you wish to discuss this matter further.

Very truly yours,

Lori J. Van Auken

LVA:dc

# WINSTON & STRAWN LLP | Facsimile

200 PARK AVENUE, NEW YORK NY 10166-4193
TELEPHONE 212-294-6700   FACSIMILE: 212-294-4700

## Fax Number: 212-294-4700

**FROM:** Lori J. Van Auken
212-294-4707

**DATE:** 12/13/2007

**CHARGEBACK:**
10107
6345-49

### Please Deliver as Soon as Possible To:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Charles N. Internicola, Esq. | Decker Decker Dito & Internicola, LLP | 718-351-3514 | 718-979-4300 |

Total number of pages including this page: 2

**COMMENTS**

Re: Junk v. Aon Corp., et al.
No. 2-4173-07-039

Please see attached.

---

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL OUR FAX OPERATOR AS SOON AS POSSIBLE.
THANK YOU.
212-294-5319**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Operator Initials: _____
Confirmation: Yes ____ Name: _____ No: ____

NY:1142367.1