# EXHIBIT "C"



# DECKER, DECKER, DITO & INTERNICOLA<sup>LLP</sup>

ATTORNEYS AT LAW

December 13, 2007

**BY REGULAR MAIL & FACSIMILE**
Lori J. Van Auken
Winston & Strawn, LLP
200 Park Ave
New York, NY 10166

Re:   Junk v. Aon Corp.

Dear Ms. Auken:

After our court conference, I contacted my client to inquire as to whether or not he possessed a laptop computer belonging to Aon Corp. Mr. Junk advised me that after his termination he was in possession of a laptop computer and that on numerous occasions he contacted Aon Corp. and asked Aon Corp. to send him prepaid packaging and labels for the computer. Aon Corp did not send Mr. Junk the proper packaging and after numerous unanswered inquiries, Mr. Junk mailed the computer to Aon Corp. by regular mail. As such, the computer was returned months ago.

With regard to the answer, irrespective of the foregoing, there is no basis for you to withhold your answer. I am not aware of any provision in the Federal Rules of The Civil Procedure authorizing you to delay your answer.

Sincerely,

Charles N. Internicola

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3120
RECIPIENT ADDRESS     12122944700
DESTINATION ID
ST. TIME              12/13 12:49
TIME USE              00'35
PAGES SENT            2
RESULT                OK
```



# DECKER, DECKER, DITO & INTERNICOLA LLP

### ATTORNEYS AT LAW

1610 Richmond Road, Staten Island, New York 10304
T. 718. 979. 4300    F. 718 351. 3514

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Lori Van Auken | Charles N. Internicola |
| COMPANY: | DATE: |
|  | December 13, 2007 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 212-294-4700 | 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|  |  |
| RE; | YOUR REFERENCE NUMBER: |
| Junk v. Aon Corp. |  |



# DECKER, DECKER, DITO & INTERNICOLA<sup>LLP</sup>

ATTORNEYS AT LAW

1610 Richmond Road, Staten Island, New York 10304
T. 718. 979. 4300   F. 718 351. 3514

## FACSIMILE TRANSMITTAL SHEET

| TO: Lori Van Auken | FROM: Charles N. Internicola |
|---|---|
| COMPANY: | DATE: December 13, 2007 |
| FAX NUMBER: 212-294-4700 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE; Junk v. Aon Corp. | YOUR REFERENCE NUMBER: |

**PLEASE NOTIFY US IMMEDIATELY IF THIS FACSIMILE IS NOT PROPERLY RECEIVED:** The information contained in this facsimile is legally privileged, confidential and intended only for the review and use by the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this facsimile is prohibited. If you have received this facsimile in error, please notify us by telephone and destroy the original message. Thank you.