UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUNIC

v

AON CORP., ET AL.

------------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 4640 (LMM)( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ✓ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

===========================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
           5/9/08

_____
United States District Judge