UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL JUNK,

                                               Plaintiffs,

    -v.-

AON CORP et al.,

                                               Defendants.
------------------------------------------------------------X

ORDER

07 Civ. 4640 (LMM) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       1. The above-referenced action has been referred to this Court for general pre-trial purposes, which includes all pre-trial applications (including those relating to discovery), except motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification. See 28 U.S.C. § 636(b)(1)(A).

       2. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at:
http://www1.nysd.uscourts.gov/judge_info.php?id=67

       3. The Court is aware that letters have been sent reflecting pending discovery disputes between the parties. Counsel are directed to again confer in an attempt to resolve such disputes (see Fed. R. Civ. P. 37(a)(1)). If following the conference any dispute remains, counsel may raise such dispute or disputes in a single letter to the Court, jointly composed. The joint letter shall describe concisely the issues in dispute and the respective position of each party. The letter shall also state the time, place, and duration of the Rule 37(a)(1) conference and name the counsel involved in the discussion.

       3. With respect to any future applications pursuant to Rules 26 through 37 or 45, such application must comply with ¶ 2.A. of the Court's Individual Practices and also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

       4. Any application for an extension of the time limitations with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the

proposed extension and must show good cause therefor not foreseeable as of the date of this Order. "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

     5. If a recipient of this Order is aware of any attorneys or parties who should receive notice of Court action in this case other than any attorneys or parties currently listed on the ECF system, please notify Deputy Clerk Sylvia Gonzalez at (212) 805-4260 immediately.

     SO ORDERED.

Dated: May 13, 2008
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge