# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

**MEMORANDUM ENDO**

LORI J. VAN AUKEN
(212) 294-4707
lvanauken@winston.com

June 12, 2008

**BY FACSIMILE**

Honorable Gabriel W. Gorenstein
Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Junk v. Aon Corp., et al., No. 07-CIV-4640 (S.D.N.Y.)(LMM)(GWG)

Dear Judge Gorenstein:

       Winston & Strawn LLP represents the defendants, Aon Corp., Aon Service Corporation and Aon Consulting, Inc. ("Defendants") in the above-referenced action. I am writing, per the instructions the Deputy Clerk, Ms. Sylvia Gonzalez, to request that the conference initially scheduled for June 24, 2008, at 11:00 a.m., be rescheduled one week later, on July 2, 2008 at 4:00 p.m. No prior request to reschedule this conference has been made.

       On June 4, 2008, the undersigned, along with plaintiff's counsel, Charles Internicola, submitted a letter jointly requesting a 90-day extension of the June 30, 2008 discovery deadline, and a conference to resolve certain discovery disputes. On Monday, June 9, 2008, Ms. Gonzalez left a message with my assistant advising that Your Honor would be available for such a conference on June 24, 2008 at 11:00 a.m. The following day, I advised Ms. Gonzalez that I would be unable to attend the conference on June 24, 2008, as I would be out of the country from June 23, 2008 through June 30, 2008. Accordingly, in light of my schedule, as well as Your Honor's trial schedule, Ms. Gonzalez suggested that the conference be held on July 2, 2008, at 4:00 p.m., and requested that I speak with my adversary to ascertain his availability.

       Shortly after speaking with Ms. Gonzalez, I contacted my adversary, Mr. Internicola. Mr. Internicola advised me that although he is available on July 2, 2008, at 4:00 p.m., he would not agree to conduct the conference that day due to the existing June 30, 2008 discovery deadline. Mr. Internicola also advised me that although he, too, would be out of town during the week of June 23, 2008, either he or his partner would be available for a conference any time prior to June 30, 2008.

       In an effort to address Mr. Internicola's concern, I suggested that we jointly request a short, two week extension of the June 30, 2008 discovery deadline, particularly in light

WINSTON & STRAWN LLP

Hon. Gabriel W. Gorenstein
June 12, 2008
Page 2

of the fact that we are already jointly requesting a 90-day extension of such deadline. This approach, I explained to Mr. Internicola, would accommodate (1) the court's trial schedule; (2) the parties' respective schedules; (3) my client's desire that I personally attend the conference; and (4) his client's desire to present all of the discovery-related issues outlined in our joint letter to the court at the same time. Mr. Internicola, however, declined to accept my proposal.

Since the inception of this case, I have been the lead attorney for Defendants and the only partner in the firm's New York office who is familiar with this matter. Although I will be out of the country from June 23, 2008 through June 30, 2008, I am available to attend a conference at any time prior to June 23, 2008, or at any time after June 30, 2008.

Accordingly, the undersigned hereby respectfully requests that the conference initially scheduled for June 24, 2008, at 11:00 a.m., be rescheduled for July 2, 2008, at 4:00 p.m. Alternatively, the undersigned respectfully requests that the conference be scheduled at any time prior to June 23, 2008, or after June 30, 2008. In addition, if necessary, the undersigned respectfully requests that the discovery deadline presently set for June 30, 2008, be extended on an interim basis for a two week period, to and including July 14, 2008, without prejudice to the parties' respective positions concerning that matter. A proposed Revised Scheduling Order reflecting the extension is enclosed.

Respectfully submitted,

*[signature]*

Lori J. Van Auken

lv:dc
Copies for:   Charles N. Internicola (via facsimile)
              Counsel for Plaintiff

*[handwritten: Conference adjourned to July 2 at 4pm. Discovery will be extended as necessary.]*

SO ORDERED: *[signature]* DATE: 6/13/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE