# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL JUNK,
                              :   No. 07 Civ 4640 (LMM)(GWG)

            Plaintiff,
                              :  **AFFIDAVIT OF**
         - against -           **LEONORA GALLETTI IN**
                              :  **SUPPORT OF DEFENDANTS'**
AON CORP., AON SERVICE CORPORATION   **MOTION TO DISMISS**
and AON CONSULTING, INC.,         :

           Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


STATE OF CONNECTICUT      )
                         )   **ss.:**
COUNTY OF FAIRFIELD       )

         **LEONORA GALLETTI**, being duly sworn, deposes and says:

         1.     I am a Director of Human Resources in the Human Resources department of Defendant Aon Service Corporation. Defendant Aon Service Corporation and Defendant Aon Consulting, Inc., are subsidiaries of Defendant Aon Corp. I am familiar with the documents described below based upon my review of Aon's files pertaining to the Plaintiff Daniel Junk.

         2.     Annexed hereto as Exhibit A is a true and correct copy of Plaintiff's offer of employment letter, dated November 7, 2006, which was counter-signed by Plaintiff on November 9, 2006.

         3.     Annexed hereto as Exhibit B is a true and correct copy of the Non-Solicitation Agreement between Plaintiff and Aon Consulting, Inc., dated as of November 20, 2006.

4.    Annexed hereto as Exhibit C is a true and correct copy of the Employment Application submitted by Plaintiff in connection with his employment with Aon Consulting, Inc.

5.    Annexed hereto as Exhibit D is a true and correct copy of the Aon Employee Handbook in effect during Plaintiff's term of employment with Aon Consulting, Inc.

6.    Annexed hereto as Exhibit E is a true and correct copy of the Aon Code of Business Conduct in effect during Plaintiff's term of employment with Aon Consulting, Inc.

Leonora Galletti

Sworn to before me this
3 RD day of August 2007

Notary Public

My Commission expires 1/31/2012

2

# EXHIBIT A



*Aon Service Corporation*

November 7, 2006

Daniel Junk
181 Old Field Way
Okatie, SC 29909

RE: Offer of Employment

Dear Dan:

We are pleased to extend you an offer of employment with Aon Consulting, a division of Aon Corporation. We believe Aon Consulting can provide an outstanding opportunity for you to continue the development of your professional career. We also believe you will make a significant contribution to our company and we look forward to your joining us.

Below and in the attached appendix, we have summarized some important information regarding your employment.

Your position at Aon Consulting will be an exempt Vice President for Business Development for the Financial Advisory and Litigation Consulting Practice, reporting to Jerry Barbanel, at an annual salary of $200,000 paid on a semi-monthly basis. You are scheduled to start on November 20, 2006. As a senior level executive, you will not participate in Aon's formal vacation plan. Rather, you will be eligible to enjoy time off benefits at the discretion of you and your manager.

You will receive a one time sign on bonus in the amount of $25,000 which will be paid after 90 days of continuous employment (originating from your date of hire). If you decide to terminate your employment with us, or if we must terminate your employment with us for cause at any time during your first year of employment, you will be required to repay this bonus to Aon. Note: The sign on bonus shall not be considered a part of total compensation in 2007.

As a Vice President for Business Development, you will be responsible for generating revenue for the above-referenced practice. As such, there will be three types of commissions that you will be eligible to receive for selling the service offerings of the Financial Advisory and Litigation Consulting Services practice, which are as follows:

(1) Commissions received for selling large-scale digital evidence cases will be as follows:
For the first million dollars of revenue generated: 4 percent
For second million dollars of revenue generated: 3 1/2 percent
For third million dollars of revenue generated, and thereafter: it will be a flat 3 percent.

(2) Commissions received for selling all other Financial Advisory and Litigation Consulting Services practice's services, except for large-scale digital evidence cases as covered by item (1) above, will be as follows:

For the first million dollars of revenue generated: 5 percent
For the second million dollars of revenue generated: 4 percent
For the third million dollars of revenue generated: 3 1/2 percent
For the fourth million dollars of revenue generated, and thereafter: it will be a flat 3 percent.

(3) Commissions received for generating revenue for an existing Aon relationship, in which you have played a major role securing the Financial Advisory and Litigation Consulting Services' engagement, will be as follows:

All of these commissions will be applied at a rate of 50 percent of the commission rates in the schedules that have been set forth in items (1) and (2) above.

Aon Service Corporation
1100 Reynolds Boulevard · Winston-Salem · North Carolina · 27105-3400
tel: 336.718.1130 · www.aon.com

Total compensation for calendar year 2007 will not exceed $575,000. As such, if your base is set at $200,000 you can make a maximum amount of commissions capped at $375,000 in calendar 2007. You will be allowed to elect either the commission scheme as set forth above, or in the alternative you will be presented a different commission scheme whereby you and other individuals will be offered an alternative commission scheme based on a team focused commission concept whereby you and others will be allowed to combine your strengths to gain commissions (you will be sent another document under separate cover if you and others opt in for this compensation arrangement). All commissions will be paid quarterly.

Aon offers a comprehensive benefit package, including:
- Contributory medical and dental plans
- Aon Savings Plan
- 401(k) Savings Account (employee and matching employer contributions),
- and Aon Retirement Account (additional annual employer contribution)
- Short and Long-Term Disability plans
- Life and AD&D plans

More detailed information regarding these benefit programs will be provided and explained to you during the New Employee Orientation webcast. During the orientation webcast, a Human Resources representative will present an overview of company information, Aon's benefit package, and the electronic resources available to you.

In addition, Aon's Employee Service Center will send you information concerning the My Aon Self-Service website, as well as your Personal User ID and Password. The My Aon Self-Service website will be the vehicle that you will use to enroll in your benefit plans and will be explained in further detail during the orientation webcast.

If you are currently employed, we ask that you not take any action that could be perceived as unethical or unlawful conduct as you leave your current employment. We ask that you observe the following:

1. Give your employer ample notice of your departure.
2. Cooperate with your employer in wrapping up your employment and transitioning your duties.
3. Do not take or copy any information from your employer that could be considered a trade secret or confidential information, including but not limited to customer lists and pricing information.
4. While you are still working for your current employer do not solicit your employer's clients, and do not encourage others to leave their employment with your employer.

When you begin your employment with Aon Consulting we ask that you adhere to your obligations not to disclose any trade secrets or confidential information belonging to your former employer. If you have a confidentiality agreement, non-solicitation agreement, non-compete agreement or intellectual property agreement with your former employer, we ask that you strictly adhere to those agreements. If you have any such agreement or any other agreement that restricts your post-termination activities, we require that you disclose those obligations to us and provide us with a copy of such agreements.

To protect Aon's considerable investment in its people and clients, you will also be required to execute the enclosed Non-solicitation Agreement (the "Agreement") as a condition of your employment with us. The Agreement provides that for a period of two years following the date your employment with Aon terminates, you agree to refrain from soliciting Aon clients or customers with whom you had worked or become familiar with during the twenty-four month period prior to the end of your employment with Aon. You also agree not to induce or attempt to induce any Aon employee to leave the employ of Aon for a two-year period following the date of your termination of employment with Aon.

Please keep in mind that nothing in this Non-solicitation Agreement prohibits you from obtaining a livelihood by working in the same business as Aon Consulting. The provisions above simply help to safeguard our people, our clients, and our shareholders.

In this welcome packet, you will find a number of forms to complete. To ensure timely processing of your first paycheck, it is important that your completed forms and the entire signed offer letter are faxed to Christy Alyea, New Hire Onboarding Coordinator, at 312-381-7687 before your first day of employment.

In compliance with federal law, you will be asked to verify your identity and authorization for employment in the United States. Typically, this is accomplished by presenting your U.S. passport or valid driver's license, along with your U.S. Social Security card (for a comprehensive list of acceptable documents, please refer to the back page of the Employment Eligibility Verification Form that is included in this packet). On your first day, please bring the Employment Eligibility Verification Form, identification and the original signed offer letter (and addendums).

Your employment with Aon Consulting is contingent upon the successful completion of a background investigation. This background investigation check will verify your prior employment history, academic history, social security number and criminal history (if applicable). The information that you provided on the Aon Employment Application and Background Investigation Disclosure form will be used to conduct this background investigation.

Nothing in this letter is intended or should be construed as a contract or guarantee of indefinite employment. Employment with Aon Consulting is for no specified period and constitutes at-will employment. As a result, you are free to resign at any time, for any reason or for no reason. Similarly, the Company is free to conclude its employment relationship with you at any time, with or without cause. This letter supersedes any prior representation or agreements between you and Aon Consulting, whether written or oral. This employment letter may not be modified or amended except by a written agreement, signed by the President of the Company for which you work, or his or her designee.

Dan, we believe you will make a significant contribution to Aon Consulting and we look forward to you joining us on a start date to be determined. For your convenience, we have provided two copies of this letter. Please confirm your acceptance of this offer by signing below and faxing all pages of this offer letter to Christy Alyea, New Hire Onboarding Coordinator, at 312-381-7687. This offer will be rescinded if we do not receive your reply within one week of the issue date. Should you have any questions, please do not hesitate to contact me at 919.786.6259.

We hope you will find working at Aon Consulting to be a rewarding experience.

Sincerely,

Lucia Apollo Shaw
HR Director - Recruiting

cc: Jerry Barbanel

I confirm my acceptance of employment with Aon Consulting subject to the terms and conditions set forth above.

Daniel Junk                          11/9/06
                                     Date

## Appendix A

### Guidelines Regarding Ethical Conduct

**When Leaving Your Current Employer**

If you are currently employed, we ask that you not take any action that could be perceived as unethical or unlawful conduct as you leave your current position. We ask that you observe the following:

1. Give your employer ample notice of your departure.
2. Cooperate with your employer in wrapping up your employment and transitioning your duties.
3. Do not take or copy any information from your employer that could be considered a trade secret or confidential information, including but not limited to customer lists and pricing information.
4. While you are still working for your current employer do not solicit your employer's clients, and do not encourage others to leave their employment with your employer.

We are also taking this opportunity to inform you of the kinds of property that you should not remove from your employer's offices. This list (which is detailed below) is not meant to be exhaustive but should be fairly indicative of the kinds of sensitive materials that should not be retained in your possession:

- Documents or files relating to any current or prospective client
- Proposals, prospect forecasts, sales forecasts or business plans
- Paper or electronic files relating to clients or contacts
- Client or contact lists
- Personnel information or information relating to other employees
- Rolodexes
- Memoranda unrelated to one's status as an employee
- Confidential or market sensitive material
- Telephone or e-mail directories

Please note that some of these items may contain both your personal information and the employer's property, such as calendars, address books, Rolodexes, or pocket computer information managers. Please bring these items to the attention of your current supervisor and follow his/her instructions as to the disposition of those items. Be sure to confirm the instructions in writing and to follow them to the letter.

**When Joining Aon**

When you begin your employment with Aon Corporation we ask that you adhere to your obligations not to disclose any trade secrets or confidential information belonging to your former employer. If you have a confidentiality agreement, non-solicitation agreement, non-compete agreement or intellectual property agreement with your former employer, we ask that you strictly adhere to those agreements. If you have any such agreement or any other agreement that restricts your post-termination activities, we require that you disclose those obligations to us and provide us with a copy of such agreements.

# EXHIBIT B

# NON-SOLICITATION AGREEMENT

NON-SOLICITATION AGREEMENT ("Agreement") dated as of November 20, 2006 (the "Effective Date") between Aon Consulting, Inc., a New Jersey corporation, including affiliates, subsidiaries and parent companies (collectively, "the Company"), and Daniel Junk (the "Employee").

## RECITALS

WHEREAS, Employee wishes to be employed by the Company; and

WHEREAS, the Company desires to hire Employee on an at-will basis, and one condition of such hiring is the execution of this Agreement by Employee.

NOW, THEREFORE, in consideration of the promises made by Company set forth above, and the mutual covenants and agreements set forth below, the parties agree:

### Section 1. Recitals; Duties; Covenants.

(a)    **Recitals.** Aon Group, Inc., a Maryland corporation with its executive headquarters in Chicago, Illinois, and its subsidiaries and affiliates (and divisions thereof) including the Company (collectively "Aon Group") are in the business of providing conventional and alternative risk management products and services covering the businesses of insurance brokerage, reinsurance brokerage, benefits consulting, compensation consulting, human resources consulting, management consulting, managing underwriting and related insurance services, including accounting, claims management and handling, contract wording, information systems and actuarial (the "Business") as well as soliciting and servicing the insurance and reinsurance needs of numerous commercial and individual clients which are national and international and are not confined to any geographic area. An essential element of the Business is the development and maintenance of personal contacts and relationships with clients. Because of these contacts and relationships, it is common for Aon Group's clients to develop an identification with the employee who serves its insurance needs rather than with Aon Group itself. Aon Group, however, invests considerable time and money necessary for a relationship between its employee and a client to develop and be maintained, in that Aon Group pays the employee's salary and reimburses the employee for business expenses. Aon Group also assists its employees in servicing clients by making available to these employees legal advice, accounting support, advertising and other corporate services.

The personal identification of clients of Aon Group with an Aon Group employee creates the potential for the employee's appropriation of the benefits of the relationships developed with clients on behalf of and at the expense of Aon Group. Since Aon Group would suffer irreparable harm if an employee left the Company's employ and solicited the insurance or other related business of clients of the Company and Aon Group, it is reasonable to protect the Company and Aon Group against solicitation activities by an employee for a limited period of time after an employee leaves the Company so that Aon Group may renew or restore its business relationship with its clients.

The Company and the Employee acknowledge and agree that the covenant contained in Sections 1(b) and (c) below is reasonably necessary for the protection of the Company and Aon Group and is reasonably limited with respect to the activities it prohibits, its duration (particularly in the context of annual and multi-year insurance renewal periods), its geographical scope and its effect on the Employee and the public. The parties acknowledge that the purpose and effect of the covenant simply is to protect the Company and Aon Group for a limited period of time from unfair competition by the Employee.

(b)    **Covenant Not to Solicit.** The Employee hereby covenants and agrees that, except with the prior written consent of the Company, the Employee will not, for a period of two (2) years after the end of employment, compete directly or indirectly in any way with the Business. For the purposes of this Agreement, "compete directly or indirectly in any way with the Business" means to enter into or attempt to enter into (on Employee's own behalf or on behalf of any other person or entity) any business relationship of the same type or kind as the business relationship which exists between Aon Group and its clients or customers to provide services related to the Business for any individual, partnership, corporation, association or other entity who or which was a client or customer for whom the Employee worked or became familiar with during the twenty-four (24) months prior to the end of employment. "Client" or "customer" means any person or entity listed on the books of Aon Group as such.

The Employee acknowledges that there is no general geographical restriction contained in the preceding paragraph because the restriction applies only to the specified clients and customers of Aon Group.

Nothing in this Agreement shall prohibit the Employee from obtaining a livelihood for the Employee or his or her family by being engaged in the Business. The intent of the parties is that the restrictive covenant of non-competition by the Employee is limited to those clients and customers of Aon Group, as reflected by the books of Aon Group, during the twenty-four (24) months prior to the end of the Employee's employment with the Company.

(c)    **Covenant Not to Hire.** The Employee hereby also agrees not to induce or attempt to induce, or to cause any person or other entity to induce or attempt to induce, any person who is an employee of Aon Group to leave the employ of Aon Group for a period of two (2) years after the end of employment.

Section 2. **Company's Right to Injunctive Relief; Attorneys' Fees.**

The Employee acknowledges that the Employee's services to the Company are of a unique character which gives them a special value to the Company, the loss of which cannot reasonably or adequately be compensated in damages in an action at law, and that a breach of Sections 1 and 3 of this Agreement will result in irreparable and continuing harm to the Company or Aon Group, or both, and that therefore, in addition to any other remedy which the Company or Aon Group, or both, may have at law or in equity, the Company and Aon Group shall be entitled to injunctive relief for a breach of this Agreement by the Employee. In the event that any action is filed in relation to this Agreement, the

prevailing party in the action shall recover from the non-prevailing party, in addition to any other sum that either party may be called upon to pay, a reasonable sum for the prevailing party's attorney's fees.

Section 3.  **Trade Secrets and Confidential Information.**

(a)    The Employee acknowledges that the Company's and Aon Group's business depend to a significant degree upon the possession of information which is not generally known to others, and that the profitability of the business of the Company and Aon Group requires that this information remain proprietary to the Company and Aon Group.

(b)    The Employee shall not, except as required in the course of employment by the Company, disclose or use during or subsequent to the course of employment, any trade secrets or confidential or proprietary information relating to the business of the Company or Aon Group of which the Employee becomes aware by reason of being employed by the Company or to which Employee gains access during his employment by the Company and which has not been publicly disclosed (other than by Employee in breach of this provision).  Such information includes client and customer lists, data, records, computer programs, manuals, processes, methods and intangible rights which are either developed by the Employee during the course of employment or to which the Employee has access. All records and equipment and other materials relating in any way to any confidential information relating to clients or to the business of the Company or Aon Group shall be and remain the sole property of the Company and Aon Group during and after the end of employment.

(c)    Upon termination of employment, the Employee shall promptly return to the Company all materials and all copies or tangible embodiments of materials involving any confidential information in the Employee's possession or control.

Section 4.  **Mergers and Consolidations; Assignability.**

The rights and obligations under this Agreement shall inure to the benefit of and be binding upon the Company and its successors and assigns.  By way of explanation, and without limiting the generality of the foregoing sentence, if the Company or any entity resulting from any merger or consolidation referred to in this Section 4 is merged with or consolidated into any other entity or entities, or if substantially all of the assets of the Company or any such entity are sold or otherwise transferred to another entity, the provisions of this Agreement shall be binding upon and shall inure to the benefit of the continuing entity in or the entity resulting from such merger or consolidation or the entity to which such assets are sold or transferred.  This Agreement shall not be assignable by the Employee.

Section 5.  **Miscellaneous.**

(a)    **Waiver and Modification.**  Waiver of any term or condition of this Agreement by any party shall not be construed as a waiver of a subsequent breach or failure of the same term or condition, or a waiver of any other term or condition of this Agreement.  Any waiver must be in writing.  This Agreement may not be amended, altered or modified without the prior written consent of both parties

-3-

and such instrument must acknowledge that it is an amendment or modification of this Agreement.

(b)    **Captions.**  The captions in this Agreement are not part of its provisions, are merely for reference and have no force or effect.  If any caption is inconsistent with any provision of this Agreement, such provision shall govern.

(c)    **Governing Law and Choice of Forum.**  The validity, interpretation, construction, performance, enforcement and remedies of or relating to this Agreement, and the rights and obligations of the parties hereunder, shall be governed by and construed in accordance with the substantive laws of the Employee's state of residence on the Effective Date, without regard to the conflict of law principles, rules or statutes of any jurisdiction.

(d)    **Severability.**  To the extent that the terms set forth in this Agreement or any word, phrase, clause or sentence is found to be illegal or unenforceable for any reason, such word, phrase, clause or sentence shall be modified or deleted in such manner so as to afford the Company and Aon Group the fullest protection commensurate with making this Agreement, as modified, legal and enforceable under applicable laws, and the balance of this Agreement shall not be affected thereby, the balance being construed as severable and independent.

(e)    **Employee-at-Will.**  Nothing in this Agreement shall be construed to create contractual employment rights other than as an Employee terminable at-will.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the day and year first above written.


**AON CONSULTING, INC.**

BY:_____

TITLE:_____

_____
DANIEL JUNK

-4-

## Aon Consulting

## Confidentiality Agreement

As an employee of Aon Consulting, Inc. ("Aon Consulting"), I, _Daniel L. Junk_ understand that I will have access to certain valuable confidential information which is the property of Aon Consulting and its Aon affiliates. This confidential and proprietary information (the "Information") may include, but is not limited to, information regarding Aon Consulting's:

- Internal records, systems, and methods of operating its business;
- Internal policies, practices, and procedures;
- Personnel, and their compensation and benefits;
- Financial, pricing, and cost information;
- Management structure and management development plans;
- Sales and client development plans;
- Client lists;
- Client relationships and services provided;
- Client personnel, compensation, and financial information; and
- Prospect lists and proposals.

This Information may also include:

- Materials developed by me during the course of my employment with Aon Consulting;
- Any other proprietary business data; and
- Any other material designated by Aon Consulting as confidential or proprietary.

I understand that safeguarding this Information is critical to sustaining Aon Consulting's long-term client and other business relationships. Unless required by my job or by law, I will not disclose any of this Information to third parties nor permit any third party to have access to such Information. I also agree that I will not remove any documents from the office or premises of Aon Consulting for any purpose other than for a purpose directly related to the business of Aon Consulting and within the scope of my employment with Aon Consulting.

Should I receive a subpoena or other similar request to disclose any confidential information, I will promptly notify management so that Aon Consulting may seek an appropriate protective order or waive compliance with this Confidentiality Agreement.

1

03/21/06

Aon Consulting
Confidentiality Agreement
Page 2

I understand and agree that all materials and things embodying or reflecting this Information are the sole property of Aon Consulting and its Aon affiliates. Upon the termination of my employment with Aon Consulting, I agree to immediately deliver to Aon Consulting all the materials and things embodying any of the Information disclosed to me in the course of my employment with Aon Consulting. I will not retain any copies or reproductions thereof nor shall I dispose of any such materials and things or copies or reproductions thereof to any third party.

I understand that this Confidentiality Agreement is not a non-solicitation or a non-competition Agreement.

I understand and agree that this Confidentiality Agreement shall survive the termination of my employment with Aon Consulting.

_____
Employee Signature

_____
Date            11/9/06

2

# **EXHIBIT 2**



Version 7.7 – 1/6/05

# Travel & Expense Policy

AONJ_000085



# Table of Contents

**INTRODUCTION**

**SECTION 1 — PLANNING**

1.1 Alternatives to Travel                                              5
1.2 Vendor Selection & Reservations                                     5
1.3 Form of Payment                                                     6
1.4 Class of Travel/Exceptions Approval                                 6
1.5 Airline Selection                                                   6
1.6 Business Trips in Conjunction with Vacation                         6
1.7 Flybacks & Visits During Extended Stays                             6
    1.7.1 Weekend Stay Expenses                                         7
    1.7.2 Spouse/Significant Other Expenses to Visit During             7
          Extended Stay
    1.7.3 International Assignment Requiring Weekend Stay                7
1.8 Companion Travel                                                    7

**SECTION 2 — BOOKING RESERVATIONS**

2.1 Designated Agency                                                   9
2.2 Employees Traveling Together                                        9
2.3 Traveler Profile                                                    10
2.4 Reservation Timing                                                  10
2.5 Itinerary Changes Enroute                                          10
2.6 Electronic Tickets & Document Delivery                             10
2.7 Cancellations & Changes                                            11
2.8 Advance Preparation                                                11

**SECTION 3**

3.1 Lowest Logical Fare                                                 12
    3.1.1 Connection                                                    12
    3.1.2 Alternate Airport                                             12
    3.1.3 Preferred Carrier                                             13
    3.1.4 Non-Refundable & Penalty Fares                                13
3.2 Class of Service                                                    13
3.3 Upgrades                                                            13
3.4 Lost Tickets                                                        14
3.5 Unused Tickets                                                      14
3.6 Insurance                                                           15
3.7 Lost Luggage                                                        15
3.8 Aircraft Charter                                                    15
3.9 Creative Ticketing                                                  16
3.10 International Travel                                               16
3.11 Airport Security                                                   16

AONJ_000086

## SECTION 4 – HOTELS
4.1 Preferred Hotels ........................................ 17
4.2 Hotel Booking ........................................... 17
4.3 Guaranteed Reservations .......................... 18
4.4 Cancellations ............................................ 18
4.5 Extended Stay Arrangements ................... 18
4.6 Reporting Service Problems ..................... 18
4.7 Incidental Charges ................................... 18

## SECTION 5 – CAR RENTAL
5.1 When to Use ............................................. 20
5.2 Reservations ............................................ 20
5.3 Car Rental Club Membership ................... 20
5.4 Frequent Flier Miles ................................. 20
5.5 Car Class ................................................. 21
5.6 Refueling Charges ................................... 21
5.7 Incidental Expenses ................................ 21
5.8 Renters Under 25 Years of Age .............. 21
5.9 Insurance ................................................. 21
5.10 Accidents ............................................... 21

## SECTION 6 – RAIL
6.1 Policy ...................................................... 23

## SECTION 7 – TAXIS, LIMOUSINES AND PARKING
7.1 Policy ...................................................... 24
7.2 Airport Transportation ............................. 24
7.3 Parking .................................................... 24
7.4 Car Service/Limo/Black Car .................... 24

## SECTION 8 – PERSONAL AUTOMOBILES
8.1 Mileage Reimbursement .......................... 26
8.2 Insurance ................................................. 26

## SECTION 9 – MEALS
9.1 Meals ....................................................... 27
9.2 Reimbursement ....................................... 27
9.3 Payment .................................................. 27
9.4 Reporting Meals in a Hotel ...................... 27
9.5 Non-Reimbursable ................................... 27
9.6 Hosting & Entertainment ......................... 28
9.7 Catering ................................................... 28

## SECTION 10 – TELEPHONE
10.1 Authorized Calls .................................... 29
10.2 Hotel Calls ............................................. 29

AONJ_000087

| | |
|---|---|
| 10.3 Cellular Phones | 29 |
| 10.4 In-Flight Wireless Services | 30 |

**SECTION 11 – CREDIT CARDS**

| | |
|---|---|
| 11.1 American Express Corporate Charge Card | 31 |
| 11.2 Cardmember Responsibility | 31 |

**SECTION 12 – EXPENSE REIMBURSEMENT**

| | |
|---|---|
| 12.1 Employee Expense Reimbursement Guidelines | 33 |
| 12.2 Manager Expense Reimbursement Guidelines 34 | |
| 12.3 Timeliness of Expense Submission | 34 |
| 12.4 Expense Reimbursements | 34 |
| 12.5 Documentation Requirements | 35 |
| 12.6 How to Create an Expense Report | 35 |
| 12.7 Taxable Reimbursements | 35 |
| 12.8 Employee Relations | 36 |
| 12.9 Entertainment | 36 |
| 12.10 Value Added Tax (VAT) Reclaim | 37 |

**SECTION 13 – REIMBURSABLE & NON-REIMBURSABLE EXPENSES**

| | |
|---|---|
| 13.1 Reimbursable Expenses | 38 |
| 13.2 Airline Clubs | 38 |
| 13.3 Emergencies | 39 |
| 13.4 Immunizations and Inoculations | 39 |
| 13.5 Medical Charges | 39 |
| 13.6 Postage & Express Mail Services | 39 |
| 13.7 Passports & Visas | 39 |
| 13.8 Tipping | 39 |
| 13.9 Non-Reimbursable Expenses | 40 |
| 13.10 Expenses That May Be Reimbursable Outside of T&E | 41 |

**SECTION 14 – MEETINGS & CONFERENCES**

| | |
|---|---|
| 14.1 Authorization & Approval | 42 |
| 14.2 Contracts | 42 |
| 14.3 Aon Meeting Services Team | 42 |
| 14.4 Industry Conferences & Conventions | 43 |

AONJ_000088

# Introduction

Aon Corporation (Aon) employees may be asked to travel or entertain as part of their job responsibilities.  Aon will reimburse employees for expenses incurred as a result of approved travel or entertainment activities.

For most business groups Aon uses Carlson Wagonlit Travel (CWT) for all airline, hotel and transportation arrangements pertaining to business travel.

> **Carlson Wagonlit Travel**
> 1430 Branding Avenue
> Downers Grove, IL  60515
> Phone (Reservations)  (800) 827-5773
> Emergency Code: A/TU1/AON

For employees of CICA and Aon Warranty/Virginia Surety, the designated travel agency is Andavo Travel.

> **Andavo Travel**
> 5325 South Valentia Way
> Greenwood Village, CO 80111
> Phone (Reservations) (888)-819-5517

In order to be certain Aon derives the benefits of its preferred vendor discounts, all Aon employees must book all reservations through either CWT or Andavo.  Booking outside of the designated travel agency is grounds for disallowance of employee travel and expense (T&E) reimbursements.

Employees are asked to use good judgment and common sense in all aspects of their employment with Aon.  This certainly applies to travel and entertainment expenses.  Exercising good judgment in T&E matters includes:

**Travel only when the trip is necessary.**  Inexpensive travel is more costly than no travel at all.  Teleconferencing or video-conferencing are viable alternatives to travel.  Only the minimum number of / appropriate personnel should travel when a trip is required.

**Take advantage of all available discounts.**  Aon has negotiated and continues to negotiate substantial discounts for airfare, hotel accommodations and car rentals that can only be secured through the designated agencies.

**Aon will monitor exceptions to and compliance with this policy.**  In general, submittals of expenses for reimbursement can be denied should they not conform to this policy.  In most cases, prior written approval from your Business Unit CFO is required for exceptions to be granted.

AONJ_000089



# Trip Planning

## 1.1    Alternatives to Travel

Please consider using videoconferencing as an alternative to travel. Videoconferencing allows employees to decrease travel costs and avoid time spent traveling. Refer to the Knowledge Exchange ("KE"), Alternative Travel Section, for up-to-date information and locations regarding videoconferencing. Aon has videoconferencing facilities in the majority of Aon's highest volume travel destinations including:

| | | |
|---|---|---|
| Baltimore, MD | Hamilton, Bermuda | Philadelphia, PA |
| Bellevue, WA | Hatboro, PA | Rotterdam, Netherlands |
| Boston, MA | Houston, TX | San Francisco, CA |
| Charlotte, NC | Indianapolis, IN | San Jose, CA |
| Chicago, IL | Kansas City, MO | Seattle, WA |
| Dallas, TX | Los Angeles, CA (707 Wilshire) | Southfield, MI |
| Denver, CO | Miami, FL | Stamford, CT |
| Fort Wayne, IN | New York, NY (199 Water Street) | Westwood, CA (10880 Wilshire) |
| Glenview, IL | New York, NY (55 East 52nd) | Winston-Salem, N C |
| Greenwich, CT | | |

Additionally, Aon has access to many non-Aon network domestic and international locations. Please contact Aon Videoconferencing Network at 312.381.2480 between the hours of 8:00 a.m. to 5:00 p.m. Chicago time to arrange a videoconference.

## 1.2    Vendor Selection & Reservations

Aon has negotiated preferential, volume-based fares with air carriers, hotels and car rental agencies. Employees are expected to comply with this policy by utilizing Aon's designated suppliers, as outlined in the appropriate sections of this policy. All travel tickets and accommodations must be secured through our designated travel agencies or an authorized online booking tool such as Aon's SWABIZ Southwest Airlines account accessible via the KE.

AONJ_000090

**1.3    Form of Payment**

All airline, hotel, and/or rental car charges must be charged to your corporate-issued American Express account. Employees who do not have a Corporate American Express card must use a personal credit card. Employees who do not have a credit card must obtain written approval from their Business Unit CFO to use an alternate payment method.

**1.4    Class of Travel/Exceptions Approval**

Employees are expected to use discounted coach fares for all air travel unless traveling with a client or prospective client who travels in a premium airfare class. Your Business Unit CFO must approve premium class travel. This approval must be obtained before premium class travel is booked.

**1.5    Airline Selection**

Aon has preferred agreements with certain airlines that significantly reduce fares. Employees are expected to accept the Lowest Logical Fare (LLF) offered (see Section 3.1 "Lowest Logical Fare"). This may include non-refundable or penalty airfares. When the flight price is the same on preferred and non-preferred airlines, travelers are expected to use Aon's preferred airlines.

**1.6    Business Trips in Conjunction with Vacation**

An employee may combine vacation before or after a business trip with the approval of his or her immediate supervisor. The employee is expected to use good judgment in placing reservations. Vacation plans may not result in additional costs to Aon for the business portion of the trip. If plans result in additional cost to Aon, the employee must pay the difference.

**1.7    Flybacks & Visits During Extended Stays**

It is normally expected that traveling employees return home each weekend. If a client engagement requires work over the weekend, expenses for those days are treated the same as regular weekdays. If you have a multiple-week, extended assignment that does not require work over the weekend, you have the option of staying in the remote city over the weekend or arranging a visit by your spouse/significant other, subject to prior written approval by your Business Unit CFO, and to these limits:

AONJ_000091

### 1.7.1 Weekend Stay Expenses

If you are on assignment and elect to stay over the weekend, your expenses for hotel, rental car, and meals are reimbursable, to the extent that they do not exceed the Lowest Logical Fare ("LLF," 3.1) cost of your airfare home and back to the assignment for that specific weekend. Other personal expenses incurred and/or assets purchased during weekend stays are NOT reimbursable.

To claim weekend stay reimbursement, first obtain a LLF itinerary from the designated travel agency showing the trip cost both with and without the weekend stay. Include this itinerary and all receipts with your expense report.

### 1.7.2 Spouse/Significant Other Expenses to Visit During Weekend Stay

If you are on an assignment requiring a weekend stay, your spouse/significant other can fly to your location. The reimbursable cost of your spouse/significant other's ticket cannot exceed the cost of a LLF ticket to/from home for you.

Additional expenses for hotel, transportation and meals for your spouse are not reimbursable.

The cost of the ticket for your spouse/significant other is considered taxable reimbursement and will be reported as taxable income. The employee will be responsible for taxes.

### 1.7.3 International Assignment Requiring Weekend Stay

Home returns and/or weekend stay expenses while on international assignments will be determined on an individual basis. Contact your Business Unit HR Director to determine the permissible frequency of home returns, spouse/significant other, and/or reimbursable weekend expenditure threshold while on an extended international assignment.

### 1.8    Companion Travel

Employees should not use their company-provided American Express account for any family members' charges unless Aon is reimbursing spouse / significant other travel expenses. Personal and family member charges should be placed on a personal, not

AONJ_000092

corporate, credit or charge card. Expenses for non-Aon personnel accompanying an employee are only reimbursable for special meetings or events approved in advance by your Business Unit CFO. Employees are expected to segregate and document personal reimbursable expenses from those relating to the family member(s) in all other situations. Also, Aon is not liable for any insurance claim involving a family member. The designated travel agencies have been asked to forward information on all company-paid spouse / significant other travel to senior management. Please note that reimbursement for spouse / significant other and family member travel is taxable compensation and will be reported as taxable income.

AONJ_000093



# Expense Reimbursement

Generally speaking, employees are eligible for reimbursement of reasonable and necessary related business expenses while conducting business on behalf of Aon.

It is the responsibility of each employee to comply with this policy, and use discretion when acquiring goods/services, traveling, and/or entertaining on behalf of Aon Corporation.

However, Aon assumes no obligation to reimburse employees for expenses that do not comply with the travel or expense policies.

## 12.1    Employee Expense Reimbursement Guidelines

All expenses submitted for reimbursement should include the required original documentation, and contain detailed descriptions presenting a clear indication of the expense and business purpose.

Failure to comply with this policy and its requirements, and/or falsifying reimbursement requests may result in one or more of the following:

- Denial of expense reimbursement.  If reimbursement has been made, the employee is responsible for refunding Aon the portion not in compliance with policy.
- Blocking of subsequent expense reimbursements
- Inclusion in non-compliance reporting to senior management
- Corrective action, up to and including termination of employment

AONJ_000118

## 12.2    Manager Expense Reimbursement Guidelines

It is the responsibility of the manager, as approver, to understand the expenditure, uphold compliance to policies, and ensure that the expenditure is properly documented before providing written and/or on-line approval.

Managers are not permitted to delegate the approval of employee expenses. Exceptions may be made only in cases when the manager is unavailable. Then, the delegation may only be made to a manager in the same Business Unit with a higher authority level. In most cases, this would be the manager's supervisor. Approval may not be delegated to an administrative assistant.

Because independent contractor expenses are included as part of their 1099-MISC at year end, their meals and entertainment are 100% deductible and should be coded to account number 6887300 Consulting & Other Professional Fees.

Failure to comply with these policies (e.g., approving expenses not in compliance, falsifying reimbursement requests) may result in senior management exception reporting, and/or corrective action, up to and including termination of employment.

## 12.3    Timeliness of Expense Submission

Aon requires that all expense reports be submitted in a timely manner. Employees should submit their expense reports on a monthly basis. Expenses that are not submitted for reimbursement within 60 days of travel end date are subject to review by the Business Unit CFO and may not be eligible for reimbursement. Non-submissions of expense reports within 60 days of travel are considered poor performance, and repeat violations may lead to disciplinary action. Regardless of the timing of your expense report submittals, you are responsible for ensuring, either through Aon's online T&E system, or personally, payment to American Express and keeping your account current.

## 12.4    Expense Reimbursements

Expense reimbursement will not be paid until Accounts Payable receives original receipts and management has approved the expense report in hard copy or within the online system.

AONJ_000119

## 12.5    Documentation Requirements

Original receipts are required for all expenses **greater than $25.**
Other documentation requirements include:

- Electronic airfare ticket reimbursements require an itinerary
  and/or invoice which shows the method of payment
- Original itemized hotel bill
- Entertainment – An original receipt must support all
  entertainment expenses over $25. A copy of the credit
  card statement will not be accepted. In the explanation
  column, names of individuals and company names as well
  as business purpose and name of restaurant are required.
- Telephone and cellular phone reimbursements require the
  entire original bill.
- Fax copies and photocopies of receipts for reimbursement
  are not acceptable.
- Reimbursement requests should either indicate the method
  of payment or have the original receipt attached.

## 12.6    How to Create an Expense Report

Click here to go to the KE for instructions on how to create an
expense report.

If you do not have access to, or if your Business Unit is not
currently using, the online T&E system, contact your Business
Unit Controller for the appropriate expense reimbursement form.
If your Business Unit is utilizing the online T&E system, you
should no longer be submitting manual expense reports.

## 12.7    Taxable Reimbursements

The following expenses are reimbursable when certain criteria are
met, however, these expenses are taxable reimbursements that
are added to the employee's income and subject to tax
withholdings.

- Spousal/significant other/family member's expenses
  (weekend visit expenses, per 1.7, may be treated as
  exceptions from a tax perspective)
- Country club initiation fees, periodic dues, etc. See Aon's
  Financial Policies & Procedures on the KE here.

AONJ_000120

- Gifts to employees (greater than $25.00) See Aon's corporate gift policy on the KE here.

Any tax related questions and / or requests for exceptions should be referred to Aon's Corporate Tax Department at 312.381.3316.

## 12.8  Employee Relations

Employee relations are used for reimbursing expenses that relate to the cost of team building events, where all members of the department/group benefit.  Employee relations expenses must be approved in advance by your Business Unit CFO.

The total cost of such events needs to be approved by the department manager, and gifts over $25, which are reimbursed through Aon Expense, are taxable to the employee receiving the gift.  For reimbursement of expenses related to team building events, the following is required:

- Pre-approval documentation
- Original receipt
- Date of the event
- Place where the event was held
- List of all members attending the event

## 12.9  Entertainment

Entertainment reimbursements must be business related. Required information includes:  names of all guests, including each employee in attendance, cost, date, place, business purpose, and business relationship of the individual(s) entertained.

This policy also applies to all luncheons, dinners, and other events where employees and non-employee guests are entertained.  At events such as company meetings or industry conferences where breakfasts, lunches, and/or dinners are provided, you are expected to partake in those meals and no substitute/alternate dining will be eligible for reimbursement.

> **Note**
> The highest-level manager at the entertainment and/or event is the manager who must pay for and submit expenses for reimbursement.

AONJ_000121

### 12.10   Value Added Tax (VAT) Reclaim

Many countries (specifically, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Iceland, Ireland, Liechtenstein, The Netherlands, Norway, Sweden, Switzerland, and The United Kingdom) have adopted legislation which allows foreign corporations to obtain a refund of the VAT taxes paid on services such as hotel accommodations, car rentals, meals, trade show exhibitions and professional fees purchased in these countries for business reasons.

In order to obtain these refunds we need your assistance.  If traveling on business to one of the countries mentioned above:

- Bring home your original receipts, and include them with your reimbursement request to Accounts Payable.  The VAT authorities will only issue a refund of VAT paid if the original invoice from the foreign service establishment is submitted for review.  Please note that credit card invoices are not accepted as original evidence.  The actual hotel folio or restaurant bill must be presented to the authorities.

- Ask the foreign service provider for a VAT invoice – This will assure that all of the information required by the VAT authorities in a particular country is contained on your original receipt.

AONJ_000122



Section

13

# Reimbursable & Non-Reimbursable Expenses

### 13.1  Reimbursable Expenses

The following expenses are reimbursable when reasonably incurred in the course of Aon business, subject to management approval, and in conformity with this policy:

- Airfare
- Annual memberships to associations (directly related to current job and under $500 USD per membership)
- Business calls on home telephone or personal cell phone
- Business facility fees incurred at airports
- Currency conversion fees
- Faxes/telegrams/telexes
- Ground transportation, taxi fares, shuttles
- Laundry (with a minimum trip of four consecutive nights)
- Lodging (submit original itemized hotel bill)
- Meals or groceries in lieu of restaurant meals when traveling (itemized grocery receipt required)
- Mileage for business use of personal car (see 8.1)
- Parking (while traveling)
- Rental cars
- Seminar fees (method of payment – credit card, cancelled check – must be included on receipt with invoice)
- Tips and gratuities
- Tolls/ferry fees
- Visa/Passport/Consulate fees/language classes, or translation books for overseas travel

### 13.2  Airline Clubs

One airline club membership per employee is reimbursable for certain frequent travelers and requires prior written approval by your Business Unit CFO.

AONJ_000123

### 13.3    Emergencies

In the event of a personal emergency, such as death or illness in the family, all expenses incurred to alter travel plans are reimbursable.

### 13.4    Immunizations and Inoculations

The cost of all immunizations required for travel on company business will be reimbursed.

### 13.5    Medical Charges

Medical charges of an emergency nature incurred on company business will be reimbursed consistent with Aon's benefits policy.

### 13.6    Postage & Express Mail Services

The costs of authorized business mailings while traveling are reimbursable. Express mail or overnight services should only be used when necessary. If you anticipate the need to return documents via overnight, obtain the necessary shipping documents from your mailroom or office manager prior to departure. Using the proper documents will ensure application of Aon's discounted shipping rates. For more information, see the Express Mail Section on the KE.

### 13.7    Passports & Visas

Aon will reimburse employees for the cost of obtaining passports when needed for company travel. Fees for visas required for company travel will be reimbursed by Aon. Passport and visa assistance is available through the designated travel agencies.

### 13.8    Tipping

Tipping is reimbursable when it is incidental to any of the above expenses. The following are suggested guidelines:

- Airport Porter $2.00 per bag
- Limo/Taxi Driver 15-20% of the bill
- Meals 15-20% of the bill

AONJ_000124

**13.9    Non-Reimbursable Expenses**

The following items are examples of non-reimbursable expenses. This list is not meant to be comprehensive.  If you are in doubt, before incurring the expense, consult with your manager or Business Unit CFO.

If the item has been covered elsewhere in this policy, the section number will appear in parentheses after the description.

- Adult Entertainment (including gentlemen's clubs and similar establishments)
- Airline club dues (see 13.2 for exceptions)
- Airline imposed fees for paper tickets rather then e-tickets (2.6)
- Airline ticket upgrades (3.3)
- Automobile (personal) expenses - Gas, insurance, repairs, and maintenance (8.1)
- Cellular phone accessories, except for a replacement battery (refer to the Telephone Services Section of the KE)
- Chartered aircraft (3.8)
- Child care and dependent care
- Commuting expenses, including mileage to/from your normal place of work, parking, etc. (7.3, 7.4, 8.1)
- Credit or charge card fees including delinquency/late fees, finance charges, annual fees, etc. (11.2)
- Decorations for office events (baby/bridal showers, birthdays, holidays, etc.)
- Excess baggage charges
- Fitness club or gym fees (4.7)
- Gifts, flowers, etc.
- Hotel incidental charges, e.g., gift shop charges; spa expenses (4.7)
- Household cleaning products
- Housekeeping or maid service
- In-flight wireless services (10.4)
- Insurance, including flight, car rental and luggage (3.6, 5.9)
- Loss or damage to personal property (3.7)
- Luggage or briefcases
- Movies (including in-flight and hotel) (4.7)
- Personal artwork or other decorative items for your office
- Personal care expenses such as barber, hairstylist, manicurist, shoe shines, etc. (4.7)
- Personal grooming items and sundries like shampoo, soap, razors, etc.
- Pet grooming and boarding or pet sitting

AONJ_000125

- Phone line at home for modem/fax use
- Postage or overnight delivery charges for mailing expense reports
- Recreation, such as theater, sports or other entertainment when not related to business
- Spouse/family member travel expense, except as specifically covered in this policy (1.7 & 1.8)
- Subscriptions to magazines or newspapers (Business Week, Wall Street Journal, New York Times, etc.)  (Here is the link to Factiva on the KE)
- Traffic or parking tickets and towing charges (5.7)

### 13.10  Expenses That May Be Reimbursable Outside of T&E

- Donations/contributions/sponsorships -- All contributions should be submitted to Aon Foundation for proper approval and processing and are not a reimbursable expense to the employee
- Equipment – Computer or A/V (All such purchases must go through IT Procurement)
- Office Supplies (All office supplies should be purchased via Corporate Express; see Office Services Section on the KE.
- Pagers or Personal Digital Assistants (PDAs, Palm Pilots) (All such purchases must go through IT Procurement)
- Relocation expenses may be reimbursable, but should not be included in T&E.  For more information consult Relocation Expenses on the KE or contact your local HR Manager.
- Software  (To comply with licensing requirements, all software must be secured through IT Procurement)
- Tuition may be reimbursable, but should not be included in T&E.  For more information consult Tuition Reimbursement on the KE or contact your local HR Manager.

AONJ_000126



# Hilton
### Barbados

| | |
|---|---|
| To: | Mr. Gerard Giordano – Senior Director – Anon Consulting |
| Fax: | 973-463-6135 |
| From: | Kay Drayton |
| Tel: | (246) 434-5705 |
| Fax: | (246) 434-5790 |
| E-Mail | kaydrayton@Hilton.com |
| Location: | Accounts Department, Hilton Barbados |
| Date: | 13/04/2007 |
| Subject: | Copy Request |
| Total Pages: | 11 including this one |

**Facsimile**

Please see attached as requested.

Please feel free to contact me if you have any further queries or question.

Best regards,

Kay Drayton
Accounting Administrative Assistant

*The Place Where Rather Be*

Hilton Barbados • Needham's Point • St. Michael • Barbados W.I.
Tel: 246.426.0200 • Fax 246.228.7730 • www.hiltoncaribbean.com

CONFIDENTIAL



*Financial Advisory and*
*Litigation Consulting Services*

Daniel L. Junk
Vice President

March 30, 2007

Hilton Barbados
Needham's Point
St Michael
BB11000
Barbados, W.I.

Dear Sir or Madam,

I was a guest at your hotel 31 January 2007 thru 4 February 2007. I write to
authorize Mr. Gerard Giordano of Aon Consulting to receive a detailed description of all
charges incurred during my stay. Kindly provide him any and all documentation he
requests on my behalf. Should you have any questions or need anything further to
comply with my request, please contact me via email or phone. Thank you in advance.

Sincerely,

Daniel L. Junk
Vice President

Attachment

cc: Gerard Giordano
    Jerry Barbanel

Aon Consulting, Inc.
33 East 33rd Street • New York, NY 10017
tel 212.441.1070 • cont 212.441.1078 • toll-free 800.326.2302 • e-mail [illegible] • www.aon.com

CONFIDENTIAL

AONJ_001159



# Hilton
### Barbados

Mr. and Mrs. Daniel Junk

REDACTED

USA

| | | | |
|---|---|---|---|
| Page | 1 | Room Number | 362 |
| Cashier | 33/MGIBSON | No of Person(s) | 2 |
| Arrival | 31/01/07 | Rate USD | 265.00 |
| Departure | 04/02/07 | Frequent Flyer | |
| | | Hilton HHonors | REDACTED |

COPY OF TAX INVOICE 96591

Hilton Barbados, 04/02/07 12:16 [1] VAT Reg # 20162485-1

| Date | Description | Debit | Credit |
|---|---|---|---|
| 31/01 | -Telephone Auto-Local #362  : 4321922 | 1.74 | |
| 31/01 | -Internet Access Room | 29.60 | |
| | ->#362 : High Speed I | | |
| 31/01 | -Telephone Auto L/D #362 : 18813336651 | 3.83 | |
| 31/01 | -Telephone Auto L/D #362 : 18803310500 | 107.24 | |
| 31/01 | -Room Charge ** US 265.00 x 1.980000 | 524.70 | |
| 01/02 | -Lighthouse Bfast Bev #362  : CHECK #6068 | 9.60 | |
| 01/02 | -Lighthouse B/F Food #362  : CHECK #6154 | 91.08 | |
| 01/02 | -Minibar Bev #362  : CHECK #298 | 18.80 | MINI BAR |
| 01/02 | -R/Serv Dinner Food #362  : CHECK #625 | 61.20 | |
| 01/02 | -R/S Delivery Charge #362  : CHECK #625 | 5.00 | |
| 01/02 | -Room Service Tips #362  : CHECK #625 | 16.00 | |
| 01/02 | -Room Charge ** US 265.00 x 1.980000 | 524.70 | |
| 02/02 | -R/Serv Bfast Food #362  : CHECK #683 | 37.60 | |
| 02/02 | -R/S Delivery Charge #362  : CHECK #683 | 5.00 | |
| 02/02 | -Waters Edge Lun/Food #362  : CHECK #4432 | 24.00 | |
| 02/02 | -Waters Edge Lun/Bev #362  : CHECK #4432 | 20.00 | |
| 02/02 | -Water's Edge Tips #362  : CHECK #4432 | 10.00 | |
| 02/02 | -Internet Access Room | 29.60 | |
| | ->#362 : High Speed I | | |
| 02/02 | -Room Charge ** US 265.00 x 1.980000 | 524.70 | |
| 03/02 | -R/Serv Bfast Food #362  : CHECK #739 | 37.60 | |
| 03/02 | -R/S Delivery Charge #362  : CHECK #739 | 5.00 | |
| 03/02 | -Room Service Tips #362  : CHECK #739 | 10.00 | |
| 03/02 | -Waters Edge Lun/Bev #362  : CHECK #4646 | 28.80 | |
| 03/02 | -Water's Edge Tips #362  : CHECK #4646 | 6.00 | |
| 03/02 | -Waters Edge Lun/Bev #362  : CHECK #4674 | 14.40 | |

*The Place You'd Rather Be*

CONFIDENTIAL

AONJ_001160



**Hilton**
**Barbados**

Mr. and Mrs. Daniel Junk

*REDACTED*

USA

| | | | |
|---|---|---|---|
| Page | 2 | Room Number | 362 |
| Cashier | 33/MGIBSON | No of Person(s) | 2 |
| Arrival | 31/01/07 | Rate USD | 265.00 |
| Departure | 04/02/07 | Frequent Flyer | |
| | | Hilton HHonors | *REDACTED* |

COPY OF TAX INVOICE  96591

Hilton Barbados, 04/02/07 12:16 [1] VAT Reg # 20162485-1

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03/02 | -Water's Edge Tips #362  : CHECK #4674 | 3.60 | |
| 03/02 | -Room Charge ** US 265.00 x 1.980000 | 524.70 | |
| 04/02 | -Lighthouse B/F Food #362  : CHECK #6711 | 83.16 | |
| 04/02 | -Lighthouse Tips #362  : CHECK #6711 | 15.00 | |
| 04/02 | -Waters Edge Bfst/Bev #362  : CHECK #4924 | 28.80 | |
| 04/02 | -Water's Edge Tips #362  : CHECK #4924 | 7.00 | |
| 04/02 | -Waters Edge Lun/Bev #362  : CHECK #4943 | 14.40 | |
| 04/02 | -Water's Edge Tips #362  : CHECK #4943 | 3.60 | |
| 04/02 | Minibar Bev  oxo fru punch coke | 50.40 | _MINI BAR_ |
| 04/02 | -VAT 7.5% Room (2098.80) | 157.41 | |
| 04/02 | -Service Charge 10% Room (2098.80) | 209.88 | |
| 04/02 | -VAT 15% Other (706.85) | 106.03 | |
| 04/02 | -Service Charge 10% Other (534.84) | 53.48 | |
| 04/02 | Master Card    *REDACTED*    XX/XX | | 3403.65 |

| | | | |
|---|---|---|---|
| Total | | 3403.65 | 3403.65 |
| Balance | | 0.00 BDS | |

| | |
|---|---|
| VAT @ 7.5% | 157.41 |
| VAT @ 15% | 106.03 |
| Total Service | 263.36 |

Valid with computer print only.

For billing inquiries, please email us at: billing.barbados@hilton.com

*The Place You'd Rather Be™*

Needham's Point • St. Michael, BB 11000, Barbados, W.I.
Tel: +246 426-0200 • Fax: +246 434-5770 • Reservations: www.hiltoncaribbean.com • US & Canada 1 877-GO-HILTON • UK & Europe 0800 44-45-86-67

CONFIDENTIAL

Lighthouse Terrace Restaurant
Hilton Barbados
VAT#20164285-1

9008 SANDRA

TBL 1/1      CHK 6069 GST 1
    01FEB'07  8:14AM

  2 Coffee @ 4.80        9.60

   SubTotal              9.60
   Service Charge        0.96
   15% VAT               1.44
8:14 Total Due       BD$12.00

Tip _____  2.50

Total _____  14.50

Room Number _____  36 2

        D Junk
     Print Name

       Signature

---

Lighthouse Terrace Restaurant
Hilton Barbados
VAT#20164285-1

2023 JANKIE

TBL 33/1     CHK 6154 GST 2
    01FEB'07 10:01AM

  2 @ 45.54
    B/Fast Hilton C      91.08

   SubTotal             91.08
   Service Charge        9.11
   15% VAT              13.66
10:01 Total Due     BD$113.85

Tip _____

Total _____  113.85

Room Number _____  36 2

    Christine Junk
     Print Name

       Signature

CONFIDENTIAL

```
            Room Service
           Hilton Barbados
          VAT#20164:85-1

6014 RENEE
---------------------------------
TBL 362/1       CHK 625  GST 1
        01FEB'07  7:09PM
---------------------------------

  1 French Onion S      10.00
  1 Hilton Burger       24.00
  1 Need's Burger       27.20
  1 Delivery Charge      5.00

    SubTotal            66.20
    Service Charge       6.62
    15% VAT              9.93
  7:10 Total Due    BD$82.75

Tip  _____   16.10

Total  _____   98.75

Room Number  _____   362

      Christine Tuuk
      Print Name

      CHJuuk
      Signature
```

CONFIDENTIAL

AONJ_001163

```
      Waters Edge
      Hilton Barbados
      VAT#20164285-1

2027 KEISHA                        1

TBL 35/1        CHK 4432 GST 1
        362 AG
     02FEB'07  1:25PM

 1 Chicken Caesar      24.00
 2 Bango Bash @ 10.00  20.00

   Subtotal            44.00
   Service Charge       4.40
   15% VAT              6.60
 1:48 Total Due      BD$55.00

Tip _____ 10.00 BD

Total _____ 65.00

Room Number _____ 362

         Christine Junk
         Print Name
         CHJunk
         Signature
```

```
      Room Service
      Hilton Barbados
      VAT#20164285-1

6011 ANGELA                        1

TBL 362/1        CHK 683 GST 1
     02FEB'07  8:10AM

 1 Healthy Start       37.60
 1 Delivery Charge      5.00

   SubTotal            42.60
   Service Charge       4.26
   15% VAT              6.39
 8:10 Total Due      BD$53.25

Tip _____ 10.00

Total _____ 63.25

Room Number _____ 362

         Christine Junk
         Print Name
         CHJunk
         Signature
```

AONJ_001164

Waters Edge
Hilton Barbados
VAT#20164285-1

5013 NEVILLE

TBL 408/1     CHK 4673
        03FEB'07 12:32PM

1 Ragin Bajan          14.40

  Subtotal             14.40
  Service Charge        1.44
  15% VAT               2.16
12:32 Total Due    BD$18.00

Tip _____ 3.60

Total _____ 21.60

Room Number _____ 262

        D. Junk
        Print Name

        Signature

---

Waters Edge
Hilton Barbados
VAT#20164285-1

5017 ANDRE

CHK 4646     RM362
        03FEB'07 11:44AM

  2 Ragin Bajan @ 14.40 28.80

  Beverage             28.80
  Service Charge        2.88
  15% VAT               4.32
11:44 Total Due    BD$36.00

Tip _____ 7.00

Total _____ 42.00

Room Number _____ 262

        D. Junk
        Print Name

        Signature

AONJ_001165

```
        Room Service
        Hilton Barbados
        VAT#20164285-1

6011 ANGELA

TBL 362/1      CHK 739  GST 1
      03FEB'07  8:37/M


  1 Healthy Start     37.60
  1 Delivery Charge    5.00

    SubTotal          42.60
    Service Charge     4.26
    15% VAT            6.39
 8:38 Total Due    BIM#53.25

Tip _____  10.00

Total _____  63.25

Room Number  _____ 362

   Christine Trunk
   Print Name

   [signature]
   Signature
```

AONJ_001166

Waters Edge
Hilton Barbados
VAT#201642B5-1

5012 RODNEY
----------------------------------------
CHK 4943 04FEB'07 11:37AM
----------------------------------------

1 Ragin Bajan          14.40

  Subtotal             14.40
  Service Charge        1.44
  15% VAT               2.16
11:39 Total Due      BD$18.00

Tip _____    3.60

Total _____    21.60

Room Number _____    362

        D. Junk
       Print Name

       Signature

Waters Edge
Hilton Barbados
VAT#201642B5-1

5012 RODNEY
----------------------------------------
CHK 4924 04FEB'07 10:52AM
----------------------------------------

 2 Ragin Bajan @ 14.40 28.80

  Subtotal             28.80
  Service Charge        2.88
  15% VAT               4.32
10:52 Total Due      BD$36.00

Tip _____    7.00

Total _____    43.00

Room Number _____    362

        D. Junk
       Print Name

       Signature

AONJ_001167

```
        Lighthouse Terrace Restaurant
               Hilton Barbados
               VAT#20164285-L

        2034 MARILYN

        TBL 35/1      CHK 6711 GST 2
               04FEB'07  8:23AM


           2 @ 41.58
             B/Fast Hilton C     83.16

             SubTotal            83.16
             Service Charge       8.32
             15% VAT             12.47
          8:23 Total Due     BI$103.95

        Tip _____  15

        Total _____  118.95

        Room Number _____  362

                  D. Jink
               Print Name

               Signature
```

Von Expense Reimbursement

orm id: 0523065 3/2/2007 12:25:57
Employee:
Business Unit/Dept: M0037-3552
Junk, Daniel L
Period Covered: 1/29/2007 - 2/5/2007

**Special Mailing Instructions**

Mail to Home Address
Redacted

| Date | Project/Client | Activity | Cat/Sub-Category | Miles KM | Transport-ation | Air | Lodging | Entertain-ment | Other | Pd Co BN | Location/Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/28/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 25.40 | N | Taxi to hotel |
| 01/28/2007 | 38222-MISC-NEW YORK FALS | MARKETING | AUTOM | | | | | | | | |
| 01/29/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 18.21 | N | Dinner |
| 01/29/2007 | 38222-MISC-NEW YORK FALS | MARKETING | MEALN | | | | | | | | |
| 01/29/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | 29 | 14.07 | | | | | N | To airport |
| 01/29/2007 | 39222-MISC-NEW YORK FALS | MARKETING | MILE | | | | | | | | |
| 01/28/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | | | |
| 01/28/2007 | 38222-MISC-NEW YORK FALS | MARKETING | OTHTR | | | | | | 10.00 | N | Tips |
| 01/28/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 10.00 | N | Tips |
| 01/28/2007 | 38222-MISC-NEW YORK FALS | MARKETING | OTHTR | | | | | | | | |
| ***Sunday*** | **1/28/2007 Totals** | | | | | | | | 63.61 | | |
| 01/29/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 31.90 | N | Taxis |
| 01/29/2007 | 38222-MISC-NEW YORK FALS | MARKETING | AUTOM | | | | | | | | |
| 01/29/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | 147.01 | | N | Candidate interview dinner |
| 01/29/2007 | 39222-MISC-NEW YORK FALS | MARKETING | MEALS | | | | | | | | |
| 01/29/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 695.00 | N | LegalTech Conference Registr |
| 01/29/2007 | 39222-MISC-NEW YORK FALS | MARKETING | OTHTR | | | | | | | | |
| **Monday** | **1/29/2007 Totals** | | | | | | | 147.01 | 726.90 | | |
| 01/30/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 63.10 | N | Taxis |
| 01/30/2007 | 39222-MISC-NEW YORK FALS | MARKETING | AUTOM | | | | | | | | |
| 01/30/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | 60.70 | | N | Dinner |
| 01/30/2007 | 39222-MISC-NEW YORK FALS | MARKETING | MEALN | | | | | | | | |
| 01/30/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | 40.84 | | N | Prospect Dinner |
| 01/30/2007 | 38222-MISC-NEW YORK FALS | MARKETING | MEALS | | | | | | | | |
| **Tuesday** | **1/30/2007 Totals** | | | | | | | 40.84 | 123.80 | | |
| 01/31/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | PHONE | | | | | | 14.17 | N | Internet |
| 01/31/2007 | 38222-MISC-NEW YORK FALS | | FLAT | | | | | | | | |
| 01/31/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | PHONE | | | | | | | N | phone |
| 01/31/2007 | 38222-MISC-NEW YORK FALS | | PER | | | | | | 142.41 | N | |
| 01/31/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 46.50 | N | Taxi to airport |
| 01/31/2007 | 39222-MISC-NEW YORK FALS | | AUTOM | | | | | | | | |
| 01/31/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | 925.44 | | | N | Hotel 1/28-1/31 |
| 01/31/2007 | 39222-MISC-NEW YORK FALS | | LODG | | | | | | | | |
| 01/31/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | 1764.69 | | | N | |
| 01/31/2007 | 39222-MISC-NEW YORK FALS | | LODG | | | | | | | | |
| 01/31/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 6.21 | N | Breakfast |
| 01/31/2007 | 39222-MISC-NEW YORK FALS | | MEALN | | | | | | | | |
| 01/31/2007 | 22832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 20.00 | N | Tips |
| 01/31/2007 | 39222-MISC-NEW YORK FALS | | OTHTR | | | | | | | | |
| **Wednesday** | **1/31/2007 Totals** | | | | | | | | 229.29 | | |

2691.13

2/2007 13:10:46

**CONFIDENTIAL**

AONJ_001169

Non Expense Reimbursement
Form Id:
Employee:          0523065 3/2/2007 12:25:57
Business Unit/Dept:    Junk,Daniel L
                       M0C67-3552
Period Covered:        1/29/2007 - 2/5/2007

| Date | Project/Client | Activity | Cat/Sub-Category | Miles KM | Transport-ation | Air | Lodging | Entertain-ment | Other | Pd Co | BIN | Location/Explanation |
|------|----------------|----------|------------------|----------|-----------------|-----|---------|----------------|-------|-------|-----|----------------------|
| 02/01/2007 | 223832-New York FALS-Mgmt & Admin | MARKETING | TRAVL MEALN | | | | | | 173.28 | N | N | $BDS - Barbados Dollars |
| | 39222-MISC-NEW YORK FALS | | | | | | | | | | | |
| | Thursday | 2/1/2007 Totals | | | | | | | 173.28 | | | |
| 02/02/2007 | 223832-New York FALS-Mgmt & Admin | MARKETING | PHONE | | | | | | 29.60 | N | N | $BDS - Barbados Dollars |
| | 39222-MISC-NEW YORK FALS | | FLAT | | | | | | | | | |
| 02/02/2007 | 223832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 96.60 | N | N | $BDS - Barbados Dollars |
| | 38222-MISC-NEW YORK FALS | | MEALN | | | | | 556.84 | | | | |
| | Friday | 2/2/2007 Totals | | | | | | | 126.20 | | | |
| 02/03/2007 | 223832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 105.40 | N | N | $BDS - Barbados Dollars |
| | 39222-MISC-NEW YORK FALS | | MEALN | | | | | | | | | |
| | ***Saturday*** | 2/3/2007 Totals | | | | | | | 105.40 | | | |
| 02/04/2007 | 223832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 151.90 | N | N | $BDS - Barbados Dollars |
| | 39222-MISC-NEW YORK FALS | | MEALN | | | | | | | | | |
| 02/04/2007 | 223832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 20.00 | N | N | Tips |
| | 39222-MISC-NEW YORK FALS | | OTHTR | | | | | | | | | |
| | ***Sunday*** | 2/4/2007 Totals | | | | | | | 171.96 | | | |
| 02/05/2007 | 223832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | | | | | | 72.00 | N | N | Parking |
| | 39222-MISC-NEW YORK FALS | | AUTOM | | | | | | | | | |
| 02/05/2007 | 223832-New York FALS-Mgmt & Admin | MARKETING | TRAVL | 29 | 14.07 | | | | 249.37 | N | N | Rental car - fuel |
| | 39222-MISC-NEW YORK FALS | | AUTOM | | | | | 2697.13 | | | | |
| | Monday | 2/5/2007 Totals | | | | | | | 321.37 | | | |
| | | Totals | | 29 | 14.07 | 0.00 | | 187.66 | 2,041.81 | | | |

P = Pending, E = Error, F = Future Date

Total of All Expenses                                   5913.47
Less: Advances
Less: Paid By Company                         187.66        0.00
                                                            0.00

Balance Due Employee    5913.47
Direct Deposit    hible <1012.91>

| Entertainment Expense Specifics | | |
|---|---|---|
| Place of Entertainment | Persons Entertained | Purpose |
| | | Job interview |
| | | Partnership discussion |

| Other Expense Specifics | |
|---|---|
| Description | |

| Date | Amount | |
|------|--------|---|
| 1/29/2007 | 147.01 | iTrail - NYC |
| 1/30/2007 | 40.64 | Hilton- NY |

| Date | Amount | |
|------|--------|---|
| 1/29/2007 | 695.00 | LegalTech '07 Conference registration fee |

2/2/2007 13:10:46

CONFIDENTIAL       AONJ_001170



CONFIDENTIAL

Aon Expense Reimbursement
Form Id:                    00Z0366 3/2/2007 12:29:57
Employee:                   Junli,Daniel L
Business Unit/Dept:         MDC67-3462
Period Covered:             1/28/2007 - 2/5/2007

| Date | Project/Client | Activity | Car/Sub-Category | Miles KM | Transport-ation | Air | Lodging | Entertain-ment | Other | Pd Co | SP/N | Location/Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2007 | 39Z22-MISC-NEW YORK FALS | MARKETING | TRAVL MEALN | | | | | | 173.28 | | N | BDDS - Barbados Dollars |
| | 39Z22-New York FALS-Mgmt & Admin | | | | | | | | | | | |
| | **Thursday** | | | | | | | | | | | |
| 02/01/2007 | 2/1/2007 Totals | | | | | | | | 173.28 | | | |
| 02/02/2007 | 39Z22-New York FALS-Mgmt & Admin | MARKETING | PHONE | | | | | | 29.60 | | N | BDDS - Barbados Dollars |
| 02/02/2007 | 39Z22-MISC-NEW YORK FALS | MARKETING | FLAT | | | | | | | | N | |
| 02/02/2007 | 39Z22-New York FALS-Mgmt & Admin | MARKETING | TRAVL MEALN | | | | | 550.84 | 96.60 | | N | BDDS - Barbados Dollars |
| | **Friday** | | | | | | | | | | | |
| 02/02/2007 | 2/2/2007 Totals | | | | | | | | 126.20 | | | |
| 02/03/2007 | 39Z22-New York FALS-Mgmt & Admin | MARKETING | TRAVL MEALN | | | | | | 105.40 | | N | BDDS - Barbados Dollars |
| | **Saturday** | | | | | | | | | | | |
| 02/03/2007 | 2/3/2007 Totals | | | | | | | | 105.40 | | | |
| 02/04/2007 | 39Z22-MISC-NEW YORK FALS | MARKETING | TRAVL MEALN | | | | | | 151.86 | | N | BDDS - Barbados Dollars |
| 02/04/2007 | 39Z22-New York FALS-Mgmt & Admin | MARKETING | TRAVL OTHTR | | | | | | 20.00 | | N | Tips |
| | **Sunday** | | | | | | | | | | | |
| 02/04/2007 | 2/4/2007 Totals | | | | | | | | 171.36 | | | |
| 02/05/2007 | 39Z22-MISC-NEW YORK FALS | MARKETING | TRAVL AUTOM | | | | | | 72.00 | | N | Pending |
| 02/05/2007 | 39Z22-New York FALS-Mgmt & Admin | MARKETING | TRAVL AUTOM | | | | | | 49.37 | | N | Rental car – Paul brou. Paul |
| | **Monday** | | | | | | | | | | | |
| 02/05/2007 | 2/5/2007 Totals | | | | | | | | 121.37 | | | |
| | Totals | | | 29 | 14.97 | 0.00 | | 197.86 | 2,041.81 | | | |

P = Pending, E = Error, F = Future Date

| Entertainment Expense Specifics | | |
|---|---|---|
| Persons Entertained | Other Expense Specifics | |
| Anita Packer | Description | |
| Tom Amsdad | | |

Total of All Expenses
Less: Advances
Less: Paid By Company
Balance Due Employee
Direct Guardians (total)

| Date | Amount | Place of Entertainment | Purpose |
|---|---|---|---|
| 1/29/2007 | 147.01 | TruA - NYC | |
| 1/29/2007 | 40.64 | Nikori - NY | |
| | | | Job Interview |
| | | | Partnership discussion |

3/2/2007    695.00  LegalTech '07 Conference registration fee

3/2/2007 13:10:45



**INTERCONTINENTAL.**
THE BARCLAY NEW YORK

| | |
|---|---|
| **Mr Daniel Junk** | Membership No.      *Redacted* |
| *Redacted* | A/R Number |
| | Group Code |
| | Folio/Invoice No.    *Redacted* |
| | Voucher # |

| | | | |
|---|---|---|---|
| Room No. | 0519 | Page No. | 1 of 2 |
| Arrival | 01-28-07 | Cashier No. | 44 |
| Departure | 01-31-07 | User ID | *Redacted* |

www.new-york.intercontinental.com

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01-28-07 | *Accommodation | | 269.00 | |
| 01-28-07 | Sales Tax 8.375% | | 22.53 | |
| 01-28-07 | City Tax 5.00% | | 13.45 | |
| 01-28-07 | Occupancy Tax | | 3.50 | |
| 01-29-07 | Mini-Bar - Beverage | #519 : CHECK #000210 | 13.01 | |
| 01-29-07 | I-Digital Services | #519 : Internet:Initial | 12.95 | |
| 01-29-07 | Sales Tax Digital Services | | 1.12 | |
| 01-29-07 | *Accommodation | | 269.00 | |
| 01-29-07 | Sales Tax 8.375% | | 22.53 | |
| 01-29-07 | City Tax 5.00% | | 13.45 | |
| 01-29-07 | Occupancy Tax | | 3.50 | |
| 01-30-07 | Mini-Bar - Beverage | #519 : CHECK #000065 | 39.02 | |
| 01-30-07 | *Accommodation | | 269.00 | |
| 01-30-07 | Sales Tax 8.375% | | 22.53 | |
| 01-30-07 | City Tax 5.00% | | 13.45 | |
| 01-30-07 | Occupancy Tax | | 3.50 | |
| 01-31-07 | Mini-Bar - Beverage | | 27.10 | |
| 01-31-07 | MasterCard | XXXXXXXXXXXX0551 | | 1,018.64 |

Guest Signature:

111 East 48th Street, New York, NY 10017-1297  Tel: (212) 755 5900  Fax: (212) 644 0079  www.intercontinental.com/newyork

**CONFIDENTIAL**

AONJ_001173

**INTERCONTINENTAL**
THE BARCLAY NEW YORK

| Mr Daniel Junk | | Membership No. | Redacted |
|---|---|---|---|
| Redacted | | A/R Number | |
| | | Group Code | |
| | | Folio/Invoice No. | Redacted |
| | | Voucher # | |

| Room No. | 0519 | Page No. | 2 of 2 |
|---|---|---|---|
| Arrival | 01-28-07 | Cashier No. | 44 |
| Departure | 01-31-07 | User ID | Redacted |

www.new-york.intercontinental.com

| Date | Description | Charges | Credits |
|---|---|---|---|
| | **Total** | 1,018.64 | 1,018.64 |
| | **Balance** | 0.00 | |

Thank you for staying at the InterContinental The Barclay New York.
For any post stay inquiries our Instant Service Department can be reached at 212-906-1577.

Guest Signature:

111 East 48th Street, New York, NY 10017-1297  Tel: (212) 755 5900  Fax: (212) 644 0079  www.intercontinental.com/newyork

**CONFIDENTIAL**

AONJ_001174



# Hilton
**Barbados**

Mr. and Mrs. Daniel Junk

*Redacted*

USA

Page         1
Cashier      33/MGIBSON
Arrival      31/01/07
Departure    04/02/07

Room Number      362
No of Person(s)  2
Rate USD         265.00
Frequent Flyer   *Redacted*
Hilton HHonors   *Redacted*

TAX   INVOICE NO.  96591

Hilton Barbados, 04/02/07 12:16 [1] VAT Reg # 20162485-1

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|
| 31/01 | -Telephone Auto-Local #362  : *Redacted* | 1.74 | |
| 31/01 | -Internet Access Room | 29.60 | |
|  |   ->#362  : High Speed I | | |
| 31/01 | -Telephone Auto L/D #362  : | 3.83 | |
| 31/01 | -Telephone Auto L/D #362  : *Redacted* | 107.24 | |
| 31/01 | -Room Charge ** US 265.00 x 1.980000 | 524.70 | |
| 01/02 | -Lighthouse Bfast Bev #362  : CHECK #6068 | 9.60 | |
| 01/02 | -Lighthouse B/F Food #362  : CHECK #6154 | 91.08 | |
| 01/02 | -Minibar Bev #362  : CHECK #298 | 18.00 | |
| 01/02 | -R/Serv Dinner Food #362  : CHECK #625 | 61.20 | |
| 01/02 | -R/S Delivery Charge #362  : CHECK #625 | 5.00 | |
| 01/02 | -Room Service Tips #362  : CHECK #625 | 16.00 | |
| 01/02 | -Room Charge ** US 265.00 x 1.980000 | 524.70 | |
| 02/02 | -R/Serv Bfast Food #362  : CHECK #683 | 37.60 | |
| 02/02 | -R/S Delivery Charge #362  : CHECK #683 | 5.00 | |
| 02/02 | -Waters Edge Lun/Food #362  : CHECK #4432 | 24.00 | |
| 02/02 | -Waters Edge Lun/Bev #362  : CHECK #4432 | 20.00 | |
| 02/02 | -Water's Edge Tips #362  : CHECK #4432 | 10.00 | |
| 02/02 | -Internet Access Room | 29.60 | |
|  |   ->#362  : High Speed I | | |
| 02/02 | -Room Charge ** US 265.00 x 1.980000 | 524.70 | |
| 03/02 | -R/Serv Bfast Food #362  : CHECK #739 | 37.60 | |
| 03/02 | -R/S Delivery Charge #362  : CHECK #739 | 5.00 | |
| 03/02 | -Room Service Tips #362  : CHECK #739 | 10.00 | |
| 03/02 | -Waters Edge Lun/Bev #362  : CHECK #4646 | 28.80 | |
| 03/02 | -Water's Edge Tips #362  : CHECK #4646 | 6.00 | |
| 03/02 | -Waters Edge Lun/Bev #362  : CHECK #4674 | 14.40 | |

*$142.41* (handwritten)

*The Place You'd Rather Be*

Needham's Point · St. Michael, BB 11000, Barbados, W.I.
Tel: +246 426-0200 · Fax +246 434-5770 · Reservations: www.hiltoncaribbean.com · US & Canada 1 877-GO-HILTON · UK & Europe 0800 44-45-86-67

CONFIDENTIAL

AONJ_001175





LegalTech New York 2007

**January 29 - January 31, 2007**

# Thanks for registering with ALM Events

# Please click here to display your printable SpeedBadge.
# You should print this and bring it to the show.

| | |
|---|---|
| Seminar: | LegalTech New York 2007 |
| Date: | January 29 - January 31, 2007 |
| Location: | Hilton New York<br>1335 Avenue of the Americas<br>New York, NY 10019 |
| Registrant: | Dan Junk |
| Package: | MasterPass |
| Registration Cost: | $695.00 |
| Activity Info: | Please send me a free subscription to Law Technology News.<br>Please send me a free Subscription of Law Firm Inc. Magazine<br>How did you hear about the event?: Phone Call<br>Priority/Mailing Code: 123456<br>Job Title: Consultant<br>Job Function/Responsibility: Marketing & Business Development<br>Practice Area: Civil Practice<br>Firm Type: Consultant<br>Firm Size: 1000+ |

**If you are paying by check, print and mail the registration form with payment to:**
ALM Events Registration
333 Seventh Avenue, 9th Fl
New York, NY 10001

212.313.9191
Toll free: 800.888.8300 ext. 9191

ALM EVENTS

HOME | ABOUT US | CONTACT US | TO EXHIBIT | ALM HOTLINE

file://C:\Documents and Settings\Dan\My Documents\Expenses\ALM Events - Registration....  3/2/2007

**CONFIDENTIAL**

AONJ_001176

Prepared for: **DANIEL L JUNK**

*Redacted*

**Bank of America**

**January 2007 Statement**
Credit Line:            $32,700.00
Cash or Credit Available:   $27,532.64

## Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $754.37 |
| Payments and Credits | – | $45.84 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $4,390.84 |
| Periodic Rate Finance Charges | + | $67.99 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $5,167.36 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 01/13/07 |
| Payment Due Date | 02/07/07 |
| Current Payment Due | $118.00 |
| Past Due Amount | $0.00 |
| Total Minimum Payment Due | $118.00 |

**Customer Service**
*For information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 17220
BALTIMORE, MD 21297-1220
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-898-3698
TDD hearing-impaired 1-800-346-3178

## Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| FINANCE CHARGE ADJUSTMENT | 12/29 | 12/29 | 121 | | | 7.84 CR |
| ONLINE PAYMENT FROM CHK 2 | 01/06 | | | | | 38.00 CR |

| Purchases and Adjustments | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| DR SYMANTEC    800-441-7234 MN | 12/14 | 12/13 | 7566 | 0551 | C | 78.96 |
| CINGULAR 4837    PRINCETON   NJ | 12/18 | 12/16 | 1448 | 0551 | C | 32.09 |
| CINGULAR 4837    PRINCETON   NJ | 12/18 | 12/16 | 0945 | 0551 | C | 297.48 |
| IHC AMBASSADOR ACTIVAT ATLANTA    GA | 12/19 | 12/18 | 0153 | 0551 | C | 150.00 |
| NEW YORK PUBLISHING CO NEW YORK   NY | 12/20 | 12/18 | 3533 | 0551 | C | 595.00 |
| TMOBILE HOTSPOT    800-981-8563 TX | 12/20 | 12/19 | 1960 | 0551 | C | 9.99 |
| NADA BUSH-B RESTAURANT NEW YORK   NY | 12/21 | 12/20 | 2103 | 0551 | C | 27.56 |
| TMOBILE HOTSPOT    800-981-8563 TX | 12/21 | 12/20 | 1516 | 0551 | C | 9.99 |
| CONTINEN 0526023925700 ATLANTA    GA | 12/22 | 12/19 | 1911 | 0551 | C | 25.00 |
| 12/19 EWR/ATL  RNDTRP ATL/EWR | | | | | | |
| HYATT HOTELS PRINCETON PRINCETON   NJ | 12/22 | 12/20 | 6950 | 0551 | C | 132.06 |
| ARRIVAL DATE 12/18/06 | | | | | | |
| HIGHSPEED SYSTEMS CORP VANCOUVER   BC | 12/23 | 12/21 | 3992 | 0551 | C | 9.95 |
| HILTON HOTELS WALDORF NEW YORK   NY | 12/26 | 12/23 | 2489 | 0551 | C | 1,031.84 |
| ARRIVAL DATE 12/20/06 | | | | | | |
| HILTON HOTELS WALDORF NEW YORK   NY | 12/26 | 12/23 | 2281 | 0551 | C | 34.13 |
| ARRIVAL DATE 12/20/06 | | | | | | |
| ESPN SHOP    800-762-1701 WI | 01/04 | 01/02 | 2812 | 0551 | C | 24.99 |
| ESPN SHOP    800-762-1701 WI | 01/04 | 01/02 | 3685 | 0551 | C | 15.23 |
| ABA AMERICAN BANKERS  800-BANKERS DC | 01/04 | 01/03 | 2188 | 0551 | C | 395.00 |
| GROTTO - WESTHEIMER  HOUSTON    TX | 01/05 | 01/03 | 6297 | 0551 | C | 20.38 |
| SAVANNAH AIRPORT PARK SAVANNAH    GA | 01/08 | 01/06 | 3070 | 0551 | C | 96.06 |
| INTERCONTINENTAL HOTEL HOUSTON    TX | 01/08 | 01/06 | 0166 | 0551 | C | 38.00 |
| ARRIVAL DATE 1/03/07 | | | | | | |
| ISE RESTAURANT    NEW YORK   NY | 01/12 | 01/10 | 0160 | 0551 | C | 459.10 |
| THE FAIRMONT HOTEL CHI CHICAGO   IL | 01/12 | 01/11 | 0544 | 0551 | C | 40.70 |
| ARRIVAL DATE 1/09/07 | | | | | | |
| | | | | | | 291.69 |

Transactions continued on page 3

*Redacted*

BANK OF AMERICA
P.O. BOX 17220
BALTIMORE, MD 21297-1220
[barcode]

DANIEL L JUNK

*Redacted*

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:

NEW BALANCE TOTAL: $5,167.36
PAYMENT DUE DATE: 02/07/07

TOTAL MINIMUM PAYMENT DUE
$118.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA



Page 1 of 4

*Redacted*

**Bank of America**

Prepared for: DANIEL L JUNK

*Redacted*

February 2007 Statement
Credit Line: $32,700.00
Cash or Credit Available: $17,178.26

## Transactions Continued

| Purchases and Adjustments | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| THE CLIFF     ST JAMES   BB | 02/01 | 01/31 | 0901 | 0551 | C | 359.30 |
| 715.00 BARBADOS DOLLAR | | | | | | |
| FOREIGN TRANSACTION FEE | 02/01 | 01/31 | 0901 | 0551 | C | 10.77 |
| HILTON BRIDGES BAR   NEW YORK   NY | 02/01 | 01/31 | 9256 | 0551 | C | 40.84 |
| NY INTERCONTINENTAL HO NEW YORK  NY | 02/02 | 01/31 | 1423 | 0551 | C | 1,018.84 |
| ARRIVAL DATE 1/28/07 | | | | | | |
| HILTON BARBADOS     ST MICHAEL  BB | 02/06 | 02/05 | 6424 | 0551 | C | 1,710.38  |
| 3,409.65 BARBADOS DOLLAR | | | | | | |
| ARRIVAL DATE 1/31/07 | | | | | | |
| FOREIGN TRANSACTION FEE | 02/06 | 02/05 | 6424 | 0551 | C | 51.31 |
| HERTZ RENT-A-CAR    JACKSONVILLE FL | 02/06 | 02/05 | 8725 | 0551 | C | 248.37 |
| CHECK OUT DATE 2/05/07 | | | | | | |
| SAVANNAH AIRPORT PARK SAVANNAH   GA | 02/07 | 02/06 | 0011 | 0551 | C | 72.00 |
| DR SONIC SOLUTIONS   ORDERFIND.COM MN | 02/07 | 02/07 | 9828 | 0551 | C | 14.99 |
| HMS HOST CLT AIRPT #65 CHARLOTTE  NC | 02/08 | 02/06 | 8585 | 0551 | C | 19.72 |
| TMOBILE HOTSPOT     800-981-8563 TX | 02/08 | 02/06 | 9403 | 0551 | C | 9.99 |
| HYATT HOTELS SCOTTSDAL SCOTTSDALE AZ | 02/10 | 02/08 | 8800 | 0551 | C | 840.70 |
| ARRIVAL DATE 2/06/07 | | | | | | |
| HYATT HOTELS WASH F & WASHINGTON  DC | 02/12 | 02/09 | 7136 | 0551 | C | 35.70 |
| ARRIVAL DATE 2/09/07 | | | | | | |
| SAVANNAH AIRPORT PARK SAVANNAH   GA | 02/12 | 02/10 | 0014 | 0551 | C | 60.00 |
| INTERCONTINENTAL HOTEL WASHINGTON  DC | 02/12 | 02/10 | 0916 | 0551 | C | 53.55 |
| MARRIOTT 33769 JW DC  WASHINGTON  DC | 02/12 | 02/11 | 3481 | 0551 | C | 684.22 |
| ARRIVAL DATE 2/08/07 | | | | | | |

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.024630% DLY | 8.99% | $0.00 |
| B. ATM, Bank | 0.068438% DLY | 24.98% | $174.81 |
| C. Purchases | 0.068438% DLY | 24.98% | $10,604.66 |
| D. Other | 0.068438% DLY | 24.98% | $0.01 |
| Annual Percentage Rate for this Billing Period: | | | |
| (Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.) | | | 33.43% |

## Important Information About Your Account

**DON'T LET UNEXPECTED EVENTS AFFECT YOUR HARD EARNED CREDIT.
TO PROTECT YOUR ACCOUNT, CALL 1-888-688-6936 TODAY.**

MAKE BUDGETING AND TAX PREPARATION EASIER WITH THE 2006 YEAR-END SUMMARY.
ORDER THIS DETAILED SPENDING SUMMARY FOR $4.95 BY CALLING 1-866-491-1141 TODAY.

Page 3 of 6

**CONFIDENTIAL**

AONJ_001178

 **Gerard Giordano**
03/07/2007 09:43 AM

To: Daniel Junk/CORP/Aon Consulting
cc:
Subject: Expense Reports

Dan

I have gone through all of the reports that you gave me and there are many issues to deal with that we must resolve before we can submit for payment. I also suggest you go to the Knowledge Exchange website and follow the prompts to review the travel policy as several of your items are not within Aon policy. In addition the lateness of these reports will slow the process down and frankly will have them question some of the items. Also in total you gave me 9 reports to cover the period Nov 28th through Feb 28th, I know you did that to keep the amount down for approval process but when you send them in all at once it does not help and they realize the intent so you may be subject to additional approvals anyway.

I will go through each report individually

1) Nov 28th - December 8th - $1,810.38

a) I know you mentioned you do not have an Aon Amex card and they booked your airline for you but you still need to list the airline cost, that is the way the expense or more importantly if it was client chargeable gets into the system. So you will need to submit a report with that amount and mark it company paid.
b) Taxi expense of $132.85, no receipt just credit card statement, the problem is it says Boston Coach, Boston Ma and it does not match your trip, how do we explain. you really should always have the actual receipt. They will have difficulty with this.
c) Cell Service, is it an Aon account, it appears to be in conflict with another submission you sent in for cell and BB service for same period. What is 47.75 other charge? You really need to include the service page of the bill
d) You had 3 receipts for 3.91 for hot dog but you only listed one.
e) This is throughout all of your reports, you have many taxi receipts that you are filling in the amount, I know that is common but you have some rather large ones that may be questioned, do you always pay cash for them, on one report you had one for $165, do you have any other backup? They will have difficulty with that.
f) Lodging should only be cost of room plus tax, you show $757.08 on report should only be 707.66, not sure what else you included, you had mini-bar (not paid by Aon of 27.63, personal of 15.34 and phone of 116.93, on the phone you charged 52.85 on your report. That is one expense that is against Aon policy, to use hotel room phones because of costs, the position is they pay your cell so you can use that or use a call card but not the room phone.

2) Dec 19 - 12/22 - $1,192.73

a) Same comment on airfare
b) Hotel parking of $90 but you did not have a car
c) BB/Cell expense of 86.27 is it for both? Is it from Aon? Need service page
d) Meal Receipt of 64.42 only expenses at 57.67
e) Hotel expense of $799.78 should only be $707.66, other items on bill not expenses, mini-bar -102.96, phone - 2.12 and room service 91.30

3) Jan 3 - Jan 12 - $1,603.36

a) same on airfare
b) $92.42 to renew passport?? That will be difficult
c) Hotel expense of 245.28, s/b 229.65, I assume difference is internet but that should be listed separately, there is also minibar of 16.27
d) there is a $38 taxi receipt for 1/9 not on report
e) hotel expense of 335.10 s/b 308.48, items you might have included was 26.62 mini-bar
f) Limo receipt of $165, you paid cash? It is a receipt you filled amount, at that amount I doubt it will be accepted

**CONFIDENTIAL**

g) BB/cell bill, too many accounts, it overlaps other bill, need service statement
h) $10 a day, $40 total for tips, far too excessive
i) other hotel expense of 355.68 okay, you did not include mini-bar of $11

4) Jan 15 - Jan 19 - $867.21

a) same on airfare
b) if you dine with Aon employee still need to fill out entertainment icon information
c) hotel expenses okay, did not include approx $81 of mini - bar
d) Same on tips of $10 a day, $30 total

5) Jan 21 - Jan 24 - $1,635.24

a) same on airfare
b) you did not sign report

6) Jan 28 - Feb 5 - $5,943.47

a) same on airfare
b) $695 legaltech, you will need to provide proof of paymt, either credit card receipt, cancelled check etc
c) candidate interview - what position
d) partnership dinner - what is partnership for? also list candidate & partnership dinner on same day?
e) tips, $10 + a day for a total of $60, same issue
f) car rental, for one day of 249.37, that will get bounced, also includes refuel charge of $33 (6.99 per gallon) policy states to refuel at private gas station not agency. Will need further explanation
g) On hotel bill from Barbados, you need to show which ones in Barbados dollars match to US, they will never follow. also will need to provide what exchange rate you received from credit card company. Confirm no mini bar charges shown on bill included
i) NY hotel bill ok mini bar of $80 not included

7) Feb 6 - Feb 10th - $2,708.83

a) same on airfare
b) hotel expense of 683.22 s/b 673.27, includes internet of 9.95 which you also listed separately so listed twice, mini bar expense not included
c) receipt for SEC conference of $746 okay
d) tips, $10+ per day, total of $40, same issue
e) many taxi receipts all filled in by you

8) Feb 14th - Feb 23 - $1,155.13

a) same on airfare
b) hotel expense okay, mini bar of $40 not included
c) $48 parking receipt not on report
d) reason for flight change?
e) tips, $10 per day, total of $30, same issue

9) Feb 26 - Feb 28 - $1,607.15

a) Tips, $10 per day, total of $20, same issue
b) hotel expense okay, mini-bar of $33 not included
c) hotel room service for dinner on 2/27 for 52.18 not on report.
d) taxi receipts on this report are great, all machine generated

As I mentioned above you have submitted 9 reports for $18,523 (does not include airfare) all on the same day covering a 3 month period, I would not be surprised if they view approval levels to match the total. In

AONJ_001180

addition accounting will not appreciate 3 months at once (nor do I) having to review them. In addition, there is 2006 expenses which will now be included in 2007.

Jerry Giordano
Aon Consulting
Senior Director
Financial Advisory & Litigation Consulting Services
Forensic Accounting & Litigation Consulting Services
10 Lanidex Center West
P.O. Box 608
Parsippany, New Jersey 07054-0608
Office # - (973) 463-6249
Mobile # - (201) 657-0788, Fax # - (973) 463-6135
gerard_giordano@aon.com

CONFIDENTIAL



CONFIDENTIAL



# Hilton
**Barbados**

Mr. and Mrs. Daniel Junk

    *Redacted*

USA

| | |
|---|---|
| Page | 2 |
| Cashier | 33/MGIBSON |
| Arrival | 31/01/07 |
| Departure | 04/02/07 |

| | |
|---|---|
| Room Number | 362 |
| No of Person(s) | 2 |
| Rate USD | 265.00 |
| Frequent Flyer | |
| Hilton HHonors | *Redacted* |

TAX   INVOICE  NO.  96591

Hilton Barbados, 04/02/07 12:16 [1] VAT Reg # 20162485-1

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03/02 | -Water's Edge Tips #362  : CHECK #4674 | 3.60 | |
| 03/02 | -Room Charge ** US 265.00 x 1.980000 | 524.70 | |
| 04/02 | -Lighthouse B/F Food #362  : CHECK #6711 | 83.16 | |
| 04/02 | -Lighthouse Tips #362  : CHECK #6711 | 15.00 | |
| 04/02 | -Waters Edge Bfst/Bev #362  : CHECK #4924 | 28.80 | |
| 04/02 | -Water's Edge Tips #362  : CHECK #4924 | 7.00 | |
| 04/02 | -Waters Edge Lun/Bev #362  : CHECK #4943 | 14.40 | |
| 04/02 | -Water's Edge Tips #362  : CHECK #4943 | 3.60 | |
| 04/02 | ~~Minibar Bev  oxo fru punch coke~~ | ~~30.40~~ | |
| 04/02 | -VAT 7.5% Room (2098.80) | 157.41 | |
| 04/02 | -Service Charge 10% Room (2098.80) | 209.88 | |
| 04/02 | -VAT 15% Other (706.85) | 106.03 | |
| 04/02 | -Service Charge 10% Other (534.84) | 53.48 | |
| 04/02 | Master Card XXXXXXXXXXXX0551    XX/XX | | 3403.65 |

| | | |
|---|---|---|
| **Total** | 3403.65 | 3403.65 |
| **Balance** | 0.00 BDS | |

| | |
|---|---|
| VAT @ 7.5% | 157.41 |
| VAT @ 15% | 106.03 |
| Total Service | 263.36 |

Valid with computer print only.

For billing inquiries, please email us at: billing.barbados@hilton.com

*The Place You'd Rather Be*

Needham's Point • St. Michael, BB 11000, Barbados, W.I.
Tel: +246 426-0200 • Fax: +246 434-5770 • Reservations: www.hiltoncaribbean.com • US & Canada 1 877-GO-HILTON • UK & Europe 0800 44-45-86-67

**CONFIDENTIAL**

```
        HILTON NEW YORK
   1335 AVENUE OF THE AMERICAS
    NEW YORK, NEW YORK  10019
          (212) 586-7000
  CHECK:      3281
  SERVER:     5018 GARGUILO
  DATE:       JAN30'07  6:36PM
  CARD TYPE:  Master Card
  ACCT #:     XXXXXXXXXXX0551
  EXP DATE:   XX/XX
  AUTH CODE:  035530
          DANIEL L JUNK


  SUBTOTAL:       34.14

  TIP  9          6.50


  TOTAL $         40.64

  X
          SIGNATURE

  FIRST COPY-RESTAURANT
  SECOND COPY-CUSTOMER
```

```
*****************************************
Brooklyn National Deli
American Airlines (JFK)
JAMAICA NY, 11432
Tel. (718) 553-2014     ORDER# 463595

01/31/07          8:45 AM
*****************************************


 1 Two Egg Sandwich         2.99
   Bagel
   BACON                    1.99
   With Cheese              0.75

            Sub-total:      5.73
            Food Tax:       0.48

       Total Due: 6.21

 Cash:                      6.25
 CHANGE DUE:                0.04


 Thank you for Visiting
 Brooklyn National Deli
 Please come back soon.

 **Also visits Us at Our other
 Location at La Guardia Airport**
```



AONJ_001184

