UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

JUNK                              :     07 Civ. 4640 (LMM)

           Plaintiff,   :

   - against -                   :     ORDER OF DISMISSAL

AON CORP., ET AL.                 :

           Defendants.  :

------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
9/18/08

McKENNA, D.J.

    The Court having been advised by counsel that the above-entitled action has been settled, it is

    ORDERED that the above entitled action be and hereby is dismissed with prejudice and without costs to any party, subject to the right to reopen if the settlement is not consummated within __30__ days.

Dated: New York, New York
      9/18/08,

SO ORDERED.

                                            LAWRENCE M. MCKENNA
                                        United States District Judge